**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

BACKPAGE.COM, LLC,

      Plaintiff,

      v.

THOMAS J. DART, Sheriff of Cook County,
Illinois

      Defendant.

No. 1:15-cv-06340

Judge John J. Tharp, Jr.

Magistrate Judge Young B. Kim

**<u>EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER
AND PRELIMINARY INJUNCTION</u>**

Plaintiff Backpage.com, LLC asks that this Court immediately enter a temporary restraining order and preliminary injunction against Defendant Thomas J. Dart, Sheriff of Cook County, Illinois, and in support hereof, Plaintiff respectfully states as follows:

1. On June 29, 2015, Sheriff Dart sent letters to the CEOs of Visa and MasterCard in which he demanded and indicated he sought to compel them to "defund" and "sever ties with Backpage.com." Within 48 hours after Dart's letter, the credit card companies ceased processing electronic payments for Backpage.com

2. By his concerted actions, the defendant has imposed an informal and extralegal prior restraint on speech on Backpage.com and its millions of users in violation of the First and Fourteenth Amendments. *Bantam Books, Inc. v. Sullivan*, 372 U.S. 58 (1963). Sheriff Dart's actions violate numerous other First Amendment doctrines, including the requirements that content-based restrictions must satisfy strict scrutiny, that such restrictions must be precisely defined, and that speech restrictions cannot be overly broad.

3. Immediate injunctive relief is essential because the plaintiff has a substantial likelihood of success on the merits in this lawsuit, there is no remedy at law, and the requested injunction will not harm the public interest. "The loss of First Amendment freedoms, for even minimal periods of time, unquestionably constitutes irreparable injury." *Elrod v. Burns*, 427 U.S. 347, 373 (1976) (plurality opinion). Backpage.com has already lost significant revenues due to Sheriff Dart's actions and continues to lose more every day. The vast majority of Backpage.com's revenues come from digital credit card payments. Absent an injunction, Backpage.com faces the risk of going out of business. Where First Amendment rights are at issue, the balance of equities inherently favors injunctive relief because "no substantial harm to others can be said to inhere" in allowing a constitutional violation to continue. *Déjà vu of Nashville, Inc. v. Metro. Gov't of Nashville & Davidson Cnty.*, 274 F.3d 377, 400 (6th Cir. 2001). Accordingly, "injunctions protecting First Amendment freedoms are always in the public interest." *ACLU of Ill. v. Alvarez*, 679 F.3d 583, 590 (7th Cir. 2012) (internal quotation omitted).

4. The facts and legal arguments supporting this motion are set forth in detail in Plaintiff's Memorandum of Points and Authorities filed contemporaneously herewith.

WHEREFORE, Plaintiff requests that this Court (1) enter an immediate temporary restraining order directing Sheriff Dart to cease and desist his coercive actions; (2) hear and decide Backpage.com's request for preliminary injunctive relief on or before July 24, 2015; and (3) enter a preliminary injunction finding Sheriff Dart's actions likely unconstitutional and unlawful, prohibiting him from further such actions, and directing him to retract his letters to Visa and MasterCard as well as any similar communications.

Dated:  July 21, 2015.

Respectfully submitted,

By:      *s/ Christopher F. Allen*
     Christopher F. Allen
     PAUL HASTINGS LLP
     71 S. Wacker Drive
     Chicago, IL  60606
     Telephone:  (312) 499-6000

     James C. Grant
     Ambika K. Doran
     DAVIS WRIGHT TREMAINE LLP
     1201 Third Avenue, Suite 2200
     Seattle, WA 98101
     Telephone:  (206) 622-3150
        (*pro hac vice* applications to be filed)

     Robert Corn-Revere
     Ronald G. London
     Lisa B. Zycherman
     DAVIS WRIGHT TREMAINE LLP
     1919 Pennsylvania Ave., N.W., Suite 800
     Washington, D.C. 20006
     Telephone:  (202)973-4200
        (*pro hac vice* applications to be filed)

     Robert D. Luskin
     Gerald S. Sachs
     PAUL HASTINGS LLP
     875 15th Street, N.W.
     Washington, D.C. 20005
     Telephone:  (202) 551-1700
        (*pro hac vice* applications to be filed)

     Thomas P. Brown
     PAUL HASTINGS LLP
     55 Second Street
     San Francisco, CA 94105
     Telephone:  (415) 856-7000
        (*pro hac vice* application to be filed)

     Attorneys for Plaintiff Backpage.com, LLC

3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION was served upon all counsel of record on this 21st day of July 2015 via use of the Court's ECF system.

  /s/ Christopher F. Allen
Christopher F. Allen