**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| BACKPAGE.COM, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 15 C 06340 |
| v. | ) |
| | ) Judge John J. Tharp, Jr. |
| SHERIFF THOMAS J. DART, | ) |
| | ) |
| Defendant. | ) |

## TEMPORARY RESTRAINING ORDER

This matter comes before the Court on the emergency motion of Plaintiff Backpage.com LLC ("Backpage") for a temporary restraining order. Having considered the written submissions of both parties and having heard the arguments of counsel, the Court, for reasons stated in the accompanying order and statement, rules as follows:

The Court hereby **GRANTS** Plaintiff's Motion and **FINDS** and **ORDERS** as follows:

1.     The Court finds that Plaintiff has sustained its burden of demonstrating that it has a more than negligible likelihood of succeeding on the merits of its claim that Defendant Dart violated and threatens to continue violating the First Amendment rights of Backpage and/or its users. The Court also finds that Plaintiff does not possess an adequate remedy at law and will suffer irreparable harm should this temporary restraining order not be issued. Finally, the balance of harms weighs in Plaintiff's favor, and the public interest is served by the issuance of this temporary restraining order.

2.     Pursuant to Federal Rule of Civil Procedure 65(b), a temporary restraining order is entered on the following terms and conditions:

a. Sheriff Dart and his office and all employees, agents, or others who are acting or have acted on behalf on Sheriff Dart are temporarily restrained from taking any actions, including but not limited to sending letters, to formally or informally request, direct, persuade, coerce, or threaten credit card companies, processors, financial institutions or any other third parties to discontinue, terminate, disallow or interfere with payment or services to Backpage.com.

b. This Temporary Restraining Order shall take effect immediately and shall remain in effect for 10 days unless further extended pursuant to Fed. R. Civ. P. 65(b), or until this Court rules on Plaintiff's request for a preliminary injunction, whichever is earlier.

c. This Temporary Restraining Order will issue without the requirement of any security bond.

d. A status hearing is set July 28, 2015 at 9:00 a.m., for the purpose of scheduling a further hearing on the motion for preliminary injunction.

e. Plaintiff may provide a copy of this order to any third parties with whom Defendant has previously communicated regarding their provision of services to Backpage.com or its users. However, this order does not compel, prohibit, or otherwise affect the actions of parties other than Defendant and his agents.

**IT IS SO ORDERED.**

Entered: July 24, 2015

John J. Tharp, Jr.
United States District Judge