**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BACKPAGE.COM, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SHERIFF THOMAS J. DART, )<br>)<br>Defendant. ) | No. 15 C 06340<br><br>Judge John J. Tharp, Jr. |

## AMENDED TEMPORARY RESTRAINING ORDER

This matter comes before the Court on the emergency motion of Plaintiff Backpage.com LLC ("Backpage") for a temporary restraining order. Having considered the written submissions of both parties and having heard the arguments of counsel, the Court, for reasons stated in the accompanying order and statement, rules as follows:

The Court hereby **GRANTS** Plaintiff's Motion and **FINDS** and **ORDERS** as follows:

1.  The Court finds that Plaintiff has sustained its burden of demonstrating that it has a more than negligible likelihood of succeeding on the merits of its claim that Defendant Dart violated and threatens to continue violating the First Amendment rights of Backpage and/or its users. The Court also finds that Plaintiff does not possess an adequate remedy at law and will suffer irreparable harm should this temporary restraining order not be issued. Finally, the balance of harms weighs in Plaintiff's favor, and the public interest is served by the issuance of this temporary restraining order.

2.  Pursuant to Federal Rule of Civil Procedure 65(b), a temporary restraining order is entered on the following terms and conditions:

a. Sheriff Dart and his office and all employees, agents, or others who are acting or have acted on behalf on Sheriff Dart are temporarily restrained from taking any actions, including but not limited to sending letters, to formally or informally request, direct, persuade, coerce, or threaten credit card companies, processors, financial institutions or any other third parties to discontinue, terminate, disallow or interfere with payment or services to Backpage.com.

b. This Temporary Restraining Order shall take effect immediately and, pursuant to Fed. R. Civ. P. 65(b)(2), shall remain in effect for a total of 28 days, through August 21, 2015, unless further extended pursuant to Fed. R. Civ. P. 65(b), or until this Court rules on Plaintiff's request for a preliminary injunction, whichever is earlier. The period of this TRO comprises an original period of 14 days, extended by the Court on its own motion by a like period in order to permit expedited discovery in advance of a hearing on the preliminary injunction motion.

c. This Temporary Restraining Order will issue without the requirement of any security bond.

d. A hearing on the motion for preliminary injunction will be conducted on August 20, 2015, beginning at 10:00 a.m.

e. Plaintiff may provide a copy of this order to any third parties with whom Defendant has previously communicated regarding their provision of services to Backpage.com or its users. However, this order does not compel, prohibit, or otherwise affect the actions of parties other than Defendant and his agents.

**IT IS SO ORDERED.**

Entered: July 28, 2015

John J. Tharp, Jr.
United States District Judge