UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

BACKPAGE.COM, LLC
V.   CASE NO.1:15-cv-06340
THOMAS J. DART, SHERIFF OF COOK COUNTY, ILLINOIS

AFFIDAVIT OF SPECIAL PROCESS SERVER

Lukasz Zych, being first duly sworn on oath deposes and states that he/she is over the age of 18 and not a party to the above action. That he/she served the within:

(X) Summons & Complaint
( ) Citation to Discover Assets
( ) Rule to Show Cause
( ) Subpoena
(X) Other: Notice of Emergency Motion; Emergency Motion for Temporary Restraining Order and Preliminary Injunction; Memorandum in Support of Emergency Motion for Temporary Restraining Order and Preliminary Injunction; Declaration of Carl Ferrer in Support of Motion for Temporary Restraining Order; Declaration of Lisa Zycherman in Support of Backpage.com, LLC's Motion for Temporary Restraining Order; Civil Cover Sheet

1. (X) On the within party, **Thomas J. Dart, Sheriff of Cook County, Illinois**, by leaving a copy with **Belinda Daniels, Administrative Assistant and Authorized Person** on **July 27, 2015**, and informed that person of the contents thereof.

2. (X) That the sex, race, and approximate age of the person with whom he/she left the documents were as follows:

SEX: Female    RACE: African American    APPROXIMATE AGE: 40-45

3. (X) That the place where and the time of day when the documents were served were as follows:

PLACE: **50 W. Washington Street, 5th Floor, Room 500, Chicago, IL 60602**
TIME OF DAY: **10:27 AM**

Signed and Sworn to before me
This 27 day of **July 2015**

OFFICIAL SEAL
WALTER SINDELAR
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/08/17

Lukasz Zych
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective Agency No. 117-000885

15-10114

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

Backpage.com, LLC

V.

Thomas J. Dart, Sheriff of Cook County, Illinois

CASE NUMBER: 1:15-cv-06340

ASSIGNED JUDGE: John J. Tharp, Jr.

DESIGNATED
MAGISTRATE JUDGE: Young B. Kim

TO: (Name and address of Defendant)

Thomas J. Dart
Sheriff of Cook County, Illinois
50 W. Washington
Chicago, Illinois 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Christopher F. Allen
Paul Hastings LLP
71 S. Wacker Drive, Suite 4500
Chicago, Illinois 60606

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK



July 22, 2015

DATE