# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BACKPAGE.COM, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 15 C 06340 |
| | ) |
| THOMAS J. DART, Sheriff of Cook County, Illinois. | ) |
| | ) |
| Defendant. | ) |

**[CORRECTED] APPENDIX IN SUPPORT OF DEFENDANT'S PRE-HEARING BRIEF**

| EXHIBIT | DESCRIPTION |
|---|---|
| 1 | Article - Where Pimps Peddle Their Goods, dated March 17, 2012 |
| 2 | [WITHDRAWN] |
| 3 | Letter from Sheriff Dart to Ajaypal Banga, dated June 29, 2015 |
| 4 | Letter from Sheriff Dart to Charles Scharf dated June 29, 2015 |
| 5 | Letter to The Honorable Loretta Lynch dated August 7, 2915 |
| 6 | ▮▮▮▮▮ |
| 7 | ▮▮▮ |
| 8 | ▮▮▮ |
| 9 | ▮▮▮▮ |
| 10 | ▮▮▮ |
| 11 | ▮▮▮▮ |
| 12 | ▮▮▮▮ |
| 13 | Affidavit of James E. McPherson (NAAG) |
| 14 | Memorandum and Order of Defendants' Motion to Dismiss - Case 1:14-cv-13870-RGS |
| 15 | Second Amended Complaint - Case 1:14-cv-13870-RGS |
| 16 | Sites set Combined Record for Online Prostitution-Ad Revenue |
| 17 | Affidavit of Staca Shehan (NCMEC) |
| 18 | Draft Letter from Sheriff Dart to Visa dated August 14, 2015 |
| 19 | Affidavit of Martin Elliott (Visa) |
| 20 | CCSO 06320 |
| 21 | CCSO 09596 |
| 22 | CCSO 06945 - CCSO 06948 |
| 23 | CCSC 06598 |
| 24 | CCSO 06599 |
| 25 | CCSO 09364 |
| 26 | Declaration of Casey Bates - Alamada County D.A. |
| 27 | Declaration of Donna M. Gavin - Boston P.D. |
| 28 | Declaration of Thomas Umporowicz - Seattle P.D. |

Dated:  August 16, 2015                     Respectfully submitted,

                                             /s/ Zachary D. Holmstead
ANITA ALVAREZ
STATE'S ATTORNEY OF COOK COUNTY
Daniel F. Gallagher, Jr.
Sisavanh B.Baker
Jill Ferrara
Kent Ray
ASSISTANT STATE'S ATTORNEYS
500 Richard J. Daley Center
Chicago, Illinois 60602
Telephone: (312) 603-7998

Hariklia Karis (*pro hac vice*)
Barack S. Echols
Zachary D. Holmstead
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000

*Attorneys for Defendant Thomas J. Dart, Sheriff of Cook County*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of August, 2015, I caused the foregoing to be electronically filed with the Clerk of the court using the CM/ECF System which will send notification of such filing to all counsel of record in this matter.

        Respectfully submitted,

        /s/ Zachary D. Holmstead
        Zachary D. Holmstead