# EXHIBIT 2

## EXHIBIT WITHDRAWN