# EXHIBIT 6

Submitted In Camera Pursuant To Confidentiality Agreement