# EXHIBIT 7

Submitted In Camera Pursuant To Confidentiality Agreement