# EXHIBIT 8

Submitted In Camera Pursuant To Confidentiality Agreement