# EXHIBIT 9

Submitted In Camera Pursuant To Confidentiality Agreement