# EXHIBIT 10

Submitted In Camera Pursuant To Confidentiality Agreement