# EXHIBIT 11

Submitted In Camera Pursuant To Confidentiality Agreement