# EXHIBIT 12

Submitted In Camera Pursuant To Confidentiality Agreement