EXHIBIT 13

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BACKPAGE.COM, LLC,         ) | |
| ) | |
| Plaintiff,    ) | No. 1:15-cv-06340 |
| ) | |
| v.    ) | Judge John J. Tharp, Jr. |
| ) | |
| THOMAS J. DART, Sheriff of Cook County, Illinois  ) | Magistrate Judge Young B. Kim |
| ) | |
| ) | |
| Defendant.    ) | |
| ) | |

**AFFIDAVIT OF JAMES E. MCPHERSON EXECUTIVE DIRECTOR OF THE
NATIONAL ASSOCIATION OF ATTORNEYS GENERAL**

I, JAMES E. MCPHERSON, being first duly sworn deposes and states:

1) I am currently the Executive Director for the National Association of Attorneys General headquartered in Washington, DC. The Association fosters interstate cooperation on legal and law enforcement issues of mutual concern, conducts policy research and analysis of issues, conducts training, and facilitates communication between the states' chief legal officers and all levels of government.

2) On behalf of the Attorneys General whose signatures appear on the attached letters, the National Association of Attorneys General issued letters to leaders of the U.S. House and Senate on November 2, 2012; the U.S. Senate Judiciary Committee on October 20, 2014; the U.S. House and Senate Appropriations Subcommittees on Homeland Security on December 17, 2013; and the U.S. House and Senate Committees on Commerce, Science and Transportation on July 23, 2013, regarding concerns about human trafficking and Backpage.com. *See* attached letters.

3) On behalf of the Attorneys General whose signatures appear on the attached letters, the National Association of Attorneys General also issued the attached letters dated August 31, 2011 and September 16, 2011, to Counsel for Backpage.com, LLC expressing their concern with the company's facilitation of sexual exploitation of children and prostitution.

 

_____
JAMES E. MCPHERSON

Subscribed and sworn to before me
This 14 day of August, 2015

JANET FERNANDES
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires February 14, 2018

Notary

STATE ATTORNEYS GENERAL
A Communication From the Chief Legal Officers
Of the Following States and Territories:

Arkansas * Connecticut * Delaware * Idaho * Illinois * Iowa * Kansas * Maine
Maryland * Michigan * Mississippi * Missouri * Montana * Nevada * New Hampshire
Ohio * Rhode Island * South Carolina * Tennessee * Texas * Virginia

September 21, 2010
*Sent via facsimile*

Samuel Fifer
Sonnenschein, Nath & Rosenthal, LLP
233 South Wacker Drive
Suite 7800
Chicago, IL 60606-6404

**RE:    backpage.com**

Dear Mr. Fifer:

Thank you for your recent letter notifying us of additional changes backpage has
implemented in order to respond to our concerns that blatant prostitution ads are rampant on the
site. Although we appreciate these efforts and the cooperation the site has demonstrated since
we began our investigation in 2009, more needs to be done.

We are writing to request that you immediately take down the adult services portion of
backpage.

We believe that ads for prostitution-- including ads trafficking children-- are rampant on
the site and that the volume of these ads will grow in light of craigslist's recent decision to
eliminate the adult services section of its site. In our view, it is time for the company to follow
craigslist's lead and take immediate action to end the misery of the women and children who
may be exploited and victimized by these ads. Because backpage cannot, or will not, adequately
screen these ads, it should stop accepting them altogether.

As you indicated in your recent letter to us, you found that once you began charging for
ads in the adult services section of the site, prostitution began migrating into certain sections of
the personals section, so you began to charge to posts ads in that section as well. We urge you to
take additional efforts, such as manual review of each ad in theses sections of the personals --
and others if it becomes necessary -- before ads are posted.

We recognize that backpage may lose the considerable revenue generated by the adult
services ads. Still, no amount of money can justify the scourge of illegal prostitution, and the

misery of the women and children who will continue to be victimized, in the marketplace provided by backpage.

We sincerely hope backpage, like craigslist, will finally hear the voices of the victims, women and children, who plead with it to make this important change. We too, call on backpage to listen, to care, and respond now by shutting down the adult services section of its website. It is the right thing to do to protect innocent women and children.

Very truly yours,

Richard Blumenthal
Attorney General of Connecticut

Chris Koster
Attorney General of Missouri

Dustin McDaniel
Attorney General of Arkansas

Joseph R. Biden, III
Attorney General of Delaware

Lawrence G. Wasden
Attorney General of Idaho

Lisa Madigan
Attorney General of Illinois

Tom Miller
Attorney General of Iowa

Steve Six
Attorney General of Kansas

Janet Trafton Mills
Attorney General of Maine

Douglas F. Gansler
Attorney General of Maryland

Michael Cox
Attorney General of Michigan

Jim Hood
Attorney General of Mississippi

Steve Bullock
Attorney General of Montana

Catherine Cortez Masto
Attorney General of Nevada

Michael A. Delaney
Attorney General of New Hampshire

Richard Cordray
Attorney General of Ohio

Patrick C. Lynch
Attorney General of Rhode Island

Henry McMaster
Attorney General of South Carolina

Robert E. Cooper, Jr.
Attorney General of Tennessee

Greg Abbott
Attorney General of Texas

Kenneth T. Cuccinelli, II
Attorney General of Virginia



**National Association**
*of* **Attorneys General**

PRESIDENT
**Doug Gansler**
*Maryland Attorney General*

PRESIDENT-ELECT
**J.B. Van Hollen**
*Wisconsin Attorney General*

VICE PRESIDENT
**Jim Hood**
*Mississippi Attorney General*

IMMEDIATE PAST PRESIDENT
**Rob McKenna**
*Washington Attorney General*

EXECUTIVE DIRECTOR
**James McPherson**

November 2, 2012

The Honorable Harry Reid
Majority Leader
U.S. Senate

The Honorable Mitch McConnell
Minority Leader
U.S. Senate

The Honorable John Boehner
Speaker of the House of Representatives
U.S. House of Representatives

The Honorable Nancy Pelosi
Minority Leader
U.S. House of Representatives

The Honorable Daniel Inouye
President Pro Tempore
U.S. Senate

The Honorable Eric Cantor
Majority Leader
U.S. House of Representatives

*Via fax*

Dear Majority Leader Reid, Minority Leader McConnell, Speaker Boehner, Minority Leader Pelosi, President Pro Tempore Inouye, and Majority Leader Cantor,

We, the undersigned state Attorneys General, urge you to request funds in your fiscal year 2014 budget to combat human trafficking and modern day slavery in accordance with the Trafficking Victims Protection Reauthorization Act of 2008 (TVPRA, P.L. 110-457).

The National Association of Attorneys General has made anti-human trafficking efforts one of its major initiatives with its Pillars of Hope presidential initiative and now through a Standing Committee on Human Trafficking.

Human trafficking is one of the fastest growing criminal industries in the world, generating over $32 billion in profits to traffickers annually, according to some estimates. Victims of trafficking include both U.S. citizens and foreign nationals, children and adults, trapped in forced labor and situations of sexual exploitation, with little hope of escape. Victims often experience severe trauma that requires intensive therapy and rehabilitation. In addition, human trafficking and slavery criminal cases are often complicated and involve lengthy legal proceedings requiring additional resources for prosecutors as well as victims. Many of these victims require comprehensive case management provided by victim service organizations to see them through their recovery and help them navigate the legal system.

In December 2008, Congress reauthorized the Trafficking Victims Protection Act (TVPA), which extended and modified certain programs that form the

2030 M Street, NW
Eighth Floor
Washington, DC 20036
Phone: (202) 326-6000
http://www.naag.org/

core of the Department of Justice's anti-trafficking efforts. Funded programs include taskforces across the country to protect victims and prosecute traffickers and the National Human Trafficking Resource Center Hotline. The TVPA has been reauthorized three times by bipartisan majorities, but was allowed by Congress to expire last fall. The TVPA has funded efforts to combat modern-day slavery for more than a decade and legislators are attempting to reauthorize the Act before the end of this year.

We understand the tremendous fiscal challenges the nation faces. However, during this time, we cannot lose sight of the needless human tragedies that are occurring within and beyond our borders. We describe below the critical need for funding across the federal government to curtail the human trafficking industry and provide the resources necessary to rehabilitate survivors, both U.S. citizens and foreign nationals.

## DEPARTMENT OF JUSTICE

Office of Justice Programs / State and Local Law Enforcement Assistance

Human Trafficking Task Forces:

1. We request $11,000,000 for the Justice Department's Enhanced Collaborative Model task forces that integrate federal, state and local law enforcement, and prosecutorial and victim service organizations to prevent and prosecute human trafficking and to protect the victims of trafficking and slavery. We are requesting additional funding to expand the number and geographic distribution of these task forces. We are seeking this funding in a distinct line in the President's FY14 Budget Request, separate from the Victim Services Grants described above. As part of the Budget Request, we are also seeking more transparency, including a substantive description of the Department's plans for this funding and its measures of success for this program.

2. Victim Services Grants for foreign nationals:

   We request $10,000,000 for the Victims of Trafficking Grant program for foreign nationals consistent with the Section 113(d) of the TVPA. We are requesting that this funding be specifically designated for foreign national victims of trafficking and provide additional resources for these victims. We recommend that other activities previously funded under this program should be addressed separately as we outline below. The designation of this funding for foreign nationals is consistent with the TVPA and will allow more resources to be directed to this very vulnerable group of victims in the U.S.

3. Victim Services Grants for U.S. citizens and legal permanent residents:

   We request $7,000,000 to start a new program authorized by Section 213(a)(2) of the TVPRA of 2008 and Section 113(d) of the TVPA. This program was authorized to assist U.S. citizens and legal permanent residents who have become victims of human trafficking and slavery. Evidence shows U.S. citizens are becoming victims of these crimes whether for forced labor or sexual exploitation. For example, DOJ has

determined that 83% of underage sex trafficking victims in the United States are United States citizens. Therefore, we request a new category of funding to begin addressing the growing needs of U.S citizens and legal residents without diverting resources from other critical programs.

Legal Activities / Civil Rights Division

4. Human Trafficking Prosecution Unit (HTPU):

We request $6,500,000 for the HTPU. The HTPU has seen a significant increase in its caseload over the past several years, and needs resources to maintain its growing caseload. These cases are resource intensive because they are procedurally complex and involve multiple jurisdictions and defendants. Without this critical funding, the Department of Justice will be unable to effectively investigate and prosecute trafficking and slavery cases.

Federal Bureau of Investigation

5. Salaries and Expenses:

We request $15,000,000, as authorized by Section 113(h) of the TVPA 2000, as amended by the TVPRA of 2005 and the TVPRA of 2008, for the Federal Bureau of Investigation's (FBI) Salaries and Expenses account to investigate severe forms of trafficking in persons. As the lead federal law enforcement agency, the FBI's ability to combat trafficking and slavery would be significantly enhanced through additional resources devoted specifically to trafficking and slavery.

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

6. Administration for Children and Families / U.S. Citizens:

We request $7,000,000 for the Administration for Children and Families (ACF) to implement the TVPA, as amended by the William Wilberforce Trafficking Victims Protection Reauthorization Act of 2008 (P.L.110-457), by issuing grants to nongovernmental organizations working in communities around the country providing case management programs for U.S. citizens and legal permanent resident victims of severe forms of trafficking. These grants are crucial to providing victims, including children, the necessary aid and services once they have been identified as a victim of trafficking and slavery. Funding has never been provided under this program for case management programs for U.S. citizens despite its authorization under the TVPA. Currently, ACF through the Office of Refugee Resettlement only serves foreign national victims. We encourage the Administration to develop the expertise and staff within ACF to serve U.S. citizens consistent with the TVPA.

7. Administration for Children and Families / Foreign National Victims:

We request $12,500,000 for the Office of Refugee Resettlement (ORR) to implement the TVPA, as amended by the William Wilberforce Trafficking Victims Protection Reauthorization Act of 2008 (P.L.110-457) to serve foreign national victims. These grants are crucial to providing victims, including children, the comprehensive aid and services once they have been identified as a victim of trafficking and slavery. Funding for foreign national victims has stagnated at $9,800,000 for 10 years, despite a 273% increase in the number of victims identified and certified as in need of comprehensive services. We support the Department's decision to include legal services within the comprehensive services available to victims. We encourage ORR to use a portion of these increased funds for legal services for victims.

8. Administration for Children and Families / Shelters for Minors:

We request $5,000,000 for the Administration for Children and Families (ACF) to implement the TVPA, as amended by the William Wilberforce Trafficking Victims Protection Reauthorization Act of 2008 (P.L.110-457) to provide shelters for minor victims of trafficking, both foreign nationals and U.S. citizens and legal permanent residents. Funding has never been provided under this program for shelters for minor victims, despite the growing demand for such services and Congress's direction in the FY2010 Labor, Health and Human Services, Education and Related Agencies Appropriations bill that the Administration request funding for such programs.

9. Administration for Children and Families / State Child Welfare Agencies

We request sufficient funding and guidance directing the Administration for Children and Families (ACF) to develop: (1) guidelines for State child welfare agencies to use in training child welfare employees and court employees, with regard to identifying, documenting, educating, and counseling children at risk of being trafficked or who are already victims of trafficking; (2) a best practices toolkit containing recommendations on how State child welfare agencies may prevent children from becoming victims of trafficking; and (3) guidelines for State child welfare agencies on how to best update licensing requirements for child-care institutions so that specialized, long-term residential facilities or safe havens serving children who are human trafficking victims can qualify as child-care institutions under part E of title IV of the Social Security Act. Currently, State child welfare agencies lack any formal federal guidance pertaining to human trafficking. As a result, these agencies fail to identify and serve these victims appropriately, and in some situations fail to prevent the trafficking of children under their supervision.

## DEPARTMENT OF HOMELAND SECURITY

10. Bureau of Immigration and Customs Enforcement:

We request $18,000,000, as authorized by Section 113(i) of the TVPA of 2000, as amended by the TVPRA of 2005 and the TVPRA of 2008, for investigations by the Bureau of Immigration and Customs Enforcement (ICE) to combat severe forms of

trafficking in persons. ICE plays a critical role in combating severe forms of trafficking originating from foreign countries and is therefore the first line of defense in stopping this crime. Additional resources will be used to expand investigations and enforcement actions against suspected traffickers and help reduce the incidents of trafficking and slavery in the United States.

11. Blue Campaign:

Within the funds requested for the Blue Campaign, we request a portion of the funds be used to provide crisis services for victims identified through the Campaign. Currently, no funds are available through DHS to assist victims in the earliest stages of detention and identification. It is critical for victims to be able to address their shelter needs immediately, as well as other urgent needs including medical, legal, and financial support. This funding should specifically assist Victim Witness Coordinators who facilitate crisis needs for victims or service providers requesting emergency funds, thus initiating the stabilization of victim witnesses that can later help obtain successful prosecutions.

We look forward to working with you and with Congress to secure the funding necessary to make strong inroads into addressing the problem of human trafficking and modern-day slavery.

Sincerely yours,

Martha Coakley
Massachusetts Attorney General

Greg Zoeller
Indiana Attorney General

Michael Geraghty
Alaska Attorney General

Tom Horne
Arizona Attorney General

Dustin McDaniel
Arkansas Attorney General

Kamala Harris
California Attorney General

John W. Suthers
Colorado Attorney General

George Jepsen
Connecticut Attorney General

Joseph R. "Beau" Biden III
Delaware Attorney General

Pam Bondi
Florida Attorney General

Sam Olens
Georgia Attorney General

Lenny Rapadas
Guam Attorney General

David Louie
Hawaii Attorney General

Lawrence Wasden
Idaho Attorney General

Lisa Magidan
Illinois Attorney General

Tom Miller
Iowa Attorney General

Derek Schmidt
Kansas Attorney General

Jack Conway
Kentucky Attorney General

James "Buddy" Caldwell
Louisiana Attorney General

William J. Schneider
Maine Attorney General

Douglas F. Gansler
Maryland Attorney General

Bill Schuette
Michigan Attorney General

Lori Swanson
Minnesota Attorney General

Jim Hood
Mississippi Attorney General

Chris Koster
Missouri Attorney General

Steve Bullock
Montana Attorney General

Catherine Cortez Masto
Nevada Attorney General

Michael Delaney
New Hampshire Attorney General

Gary King
New Mexico Attorney General

Wayne Stenehjem
North Dakota Attorney General

Mike DeWine
Ohio Attorney General

Linda L. Kelly
Pennsylvania Attorney General

Peter Kilmartin
Rhode Island Attorney General

Robert E. Cooper, JR.
Tennessee Attorney General

William H. Sorrell
Vermont Attorney General

Kenneth T. Cuccinelli, II
Virginia Attorney General

Darrell V. McGraw, JR.
West Virginia Attorney General

Roy Cooper
North Carolina Attorney General

**Signature Unavailable**
Viola Alepuyo
Acting Northern Mariana Islands Attorney General

Ellen Rosenblum
Oregon Attorney General

Guillermo Somoza-Colombani
Puerto Rico Attorney General

Marty J. Jackley
South Dakota Attorney General

Mark Shurtleff
Utah Attorney General

Vincent Frazer
Virgin Islands Attorney General

Rob McKenna
Washington Attorney General

Greg Phillips
Wyoming Attorney General



**National Association**
*of* **Attorneys General**

PRESIDENT
**J.B. Van Hollen**
*Wisconsin Attorney General*

PRESIDENT-ELECT
**Jim Hood**
*Mississippi Attorney General*

VICE PRESIDENT
**Marty Jackley**
*South Dakota Attorney General*

IMMEDIATE PAST PRESIDENT
**Douglas Gansler**
*Maryland Attorney General*

EXECUTIVE DIRECTOR
**James McPherson**

December 17, 2013

The Honorable John Carter, Chairman
House Appropriations Subcommittee on
Homeland Security

The Honorable David Price, Ranking
Member, House Appropriations
Subcommittee on Homeland Security

The Honorable Mary Landrieu, Chair
Senate Appropriations Subcommittee on
Homeland Security

The Honorable Daniel Coats, Ranking
Member, Senate Appropriations
Subcommittee on Homeland Security

*Via U.S. Post and Fax*

Dear Chairs Carter and Landrieu and Ranking Members Price and Coats:

The National Association of Attorneys General has made anti-human trafficking efforts one of its major initiatives. We, the undersigned states Attorneys General, urge you to appropriate funding for programs authorized by the Trafficking Victims Protection Reauthorization Act of 2013 (TVPRA), enacted March 7, 2013. These funds are critical to fighting the growing problem of human trafficking and slavery in the United States.

Human trafficking is tied as the second largest and is the fastest growing criminal industry in the world, generating roughly $32 billion each year. According to a study of Department of Justice human trafficking task force cases, 83% of sex trafficking victims identified in the United States were U.S. citizens. Shockingly, the average age that U.S. children are first used in commercial sex is 12 to 14. Victims often experience severe trauma that requires intensive therapy. Due to the complexity and resource-intensive nature of human trafficking cases, law enforcement and victim services in the U.S. are in tremendous need of funding to support the fight against human trafficking.

The TVPRA makes significant progress in protecting domestic minor victims of human trafficking, encouraging further education and awareness about human trafficking, providing prosecutors with more effective tools for prosecuting offenders, and funding task forces across the country that battle trafficking each day. We understand the tremendous fiscal challenges the nation is currently facing. Nonetheless, without continued support, much of the progress made in the fight against human trafficking will be lost; ongoing funding for federal agencies, local task forces, and victim services programs is crucial.

We thank you in advance for your consideration of this request and your continued dedication to the eradication of human trafficking in the United States.

Sincerely,

2030 M Street, NW
Eighth Floor
Washington, DC 20036
Phone: (202) 326-6000
http://www.naag.org/

Page 2 of 4
December 17, 2013

Greg Zoeller
Indiana Attorney General
Co-Chair, NAAG Standing Committee
On Human Trafficking

Robert W. Ferguson
Washington Attorney General
Co-Chair, NAAG Standing Committee
On Human Trafficking

Luther Strange
Alabama Attorney General

Michael Geraghty
Alaska Attorney General

Tom Horne
Arizona Attorney General

Dustin McDaniel
Arkansas Attorney General

Kamala Harris
California Attorney General

John Suthers
Colorado Attorney General

George Jepsen
Connecticut Attorney General

Joseph R. "Beau" Biden III
Delaware Attorney General

Pamela Jo Bondi
Florida Attorney General

Samuel S. Olens
Georgia Attorney General

Lenny Rapadas
Guam Attorney General

David Louie
Hawaii Attorney General

Lawrence Wasden
Idaho Attorney General

Lisa Madigan
Illinois Attorney General

Page 3 of 4
December 17, 2013

Tom Miller
Iowa Attorney General

Derek Schmidt
Kansas Attorney General

Jack Conway
Kentucky Attorney General

James "Buddy" Caldwell
Louisiana Attorney General

Janet Mills
Maine Attorney General

Douglas F. Gansler
Maryland Attorney General

Martha Coakley
Massachusetts Attorney General

Bill Schuette
Michigan Attorney General

Lori Swanson
Minnesota Attorney General

Jim Hood
Mississippi Attorney General

Chris Koster
Missouri Attorney General

Tim Fox
Montana Attorney General

Jon Bruning
Nebraska Attorney General

Catherine Cortez Masto
Nevada Attorney General

Joseph Foster
New Hampshire Attorney General

Gary King
New Mexico Attorney General

Roy Cooper
North Carolina Attorney General

Wayne Stenehjem
North Dakota Attorney General

Page 4 of 4
December 17, 2013

Joey Patrick San Nicolas
Northern Mariana Islands Attorney General

Michael DeWine
Ohio Attorney General

Ellen Rosenblum
Oregon Attorney General

Kathleen Kane
Pennsylvania Attorney General

Peter Kilmartin
Rhode Island Attorney General

Marty J. Jackley
South Dakota Attorney General

Robert E. Cooper, Jr.
Tennessee Attorney General

Greg Abbott
Texas Attorney General

Brian Tarbet
Acting Utah Attorney General

William H. Sorrell
Vermont Attorney General

Vincent Frazer
Virgin Islands Attorney General

J. B. Van Hollen
Wisconsin Attorney General

Peter K. Michael
Wyoming Attorney General



**National Association**
*of* **Attorneys General**

PRESIDENT
**J.B. Van Hollen**
*Wisconsin Attorney General*

PRESIDENT-ELECT
**Jim Hood**
*Mississippi Attorney General*

VICE PRESIDENT
**Marty Jackley**
*South Dakota Attorney General*

IMMEDIATE PAST PRESIDENT
**Douglas Gansler**
*Maryland Attorney General*

EXECUTIVE DIRECTOR
**James McPherson**

July 23, 2013

The Honorable John Rockefeller IV
Chairman
Committee on Commerce, Science,
and Transportation
United States Senate

The Honorable John Thune
Ranking Member
Committee on Commerce, Science,
and Transportation
United States Senate

The Honorable Frederick Upton
Chairman
Committee on Energy and Commerce
United States House of Representatives

The Honorable Henry Waxman
Ranking Member
Committee on Energy and Commerce
United States House of Representatives

Dear Senator Rockefeller, Senator Thune, Representative Upton, and
Representative Waxman:

Every day, children in the United States are sold for sex. In instance
after instance, State and local authorities discover that the vehicles for
advertising the victims of the child sex trade to the world are online classified
ad services, such as Backpage.com. The involvement of these advertising
companies is not incidental—these companies have constructed their business
models around income gained from participants in the sex trade. But, as it has
most recently been interpreted, the Communications Decency Act of 1996
("CDA") prevents State and local law enforcement agencies from prosecuting
these companies. This must change. The undersigned Attorneys General
respectfully request that the U.S. Congress amend the CDA so that it restores
to State and local authorities their traditional jurisdiction to investigate and
prosecute those who promote prostitution and endanger our children.

It is ironic that the CDA, which was intended to protect children from
indecent material on the internet,[1] is now used as a shield by those who
intentionally profit from prostitution and crimes against children. Federal
courts have broadly interpreted the immunity provided by the CDA,[2] and
recently the United States District Court for the Western District of

---

[1] 104 CONG. REC. S2308-01 (daily ed. June 14, 1995) (statement of Sen. Coats, "Mr. President, all you have to do is
pick up the telephone and call the FBI, ask their child exploitation task force about the volume of over-the-Internet
attempts to seduce, abuse, and lure children into pornography and sexual exploitation."); 104 CONG. REC. H8470
(daily ed. Aug. 4, 1995) (statement of Rep. Cox, "We want to encourage people like Prodigy, like CompuServe, like
America Online, like the new Microsoft network, to do everything possible for us, the customer, to help us control,
at the portals of our computer, at the front door of our house, what comes in and what our children see.").
[2] *See* M.A. v. Village Voice Media Holdings, LLC, 809 F.Supp. 2d 1041; Dart v. Craigslist, 665 F.Supp.2d 961
(N.D. Ill. 2009); Doe v Bates, 2006 WL 3813758 *1 (E.D. Tex. Dec. 27, 2006).

Washington held that the CDA preempts state criminal law.[3]  As online advertising of child prostitution goes unchecked, sex traffickers are able to expand their businesses, magnifying the scope of the problem.  In the last few months alone, law enforcement agencies throughout the nation have linked sex-trafficking operations to internet advertisers.  For example, on March 28, Miami police arrested a man for advertising the sex services of a 13-year-old girl on Backpage.com.  The perpetrator had tattooed his name across the girl's eyelids, marking her as his property.[4]  Two months earlier, two men were arrested in Fairfax County, Virginia for prostituting four minors on Backpage.com.[5]  And on April 10, four males and one female were arrested in St. Paul, Minnesota for running a prostitution ring of eight girls and women ages 15 to 40.  The girls and women were advertised on Backpage.com.[6]  These examples offer just a small sampling of the countless instances of child sex trafficking that occurs every day in the United States.

In order to better combat such crimes, we recommend that 47 U.S.C. § 230(e)(1) be amended to the following (added language in bold):

> Nothing in this section shall be construed to impair the
> enforcement of section 223 or 231 of this title, chapter 71 (relating
> to obscenity) or 110 (relating to sexual exploitation of children) of
> Title 18, or any other Federal **or State** criminal statute.

Federal enforcement alone has proven insufficient to stem the growth of internet-facilitated child sex trafficking.  Those on the front lines of the battle against the sexual exploitation of children—State and local law enforcement—must be granted the authority to investigate and prosecute those who facilitate these horrible crimes.

Respectfully,


Chris Koster
Missouri Attorney General

Marty Jackley
South Dakota Attorney General

---

[3] Backpage.com, LLC v. McKenna, 881 F.Supp.2d 1262 (W.D. Wash., July 27, 2012).

[4] David Ovalle, *Police: Miami Pimp Forced Teen to Tattoo His Name on Her Eyelids*, THE MIAMI HERALD, March 28, 2013, available at http://www.miamiherald.com/2013/03/28/3312163/police-miami-pimp-forced-teen.html. (Last visited, April 12, 2013).

[5] Pamela Brown, *Police Bust Prostitution Ring in Herndon*, ABC 7, Janurary 11, 2013, available at http://www.wjla.com/articles/2013/01/police-bust-prostitution-ring-in-herndon--83981.html. (Last visited, April 12, 2013).

[6] Emily Gurnon, *St. Paul Prostitution Ring Busted; Young, Vulnerable Girls Trafficked, Charges Say*, ST. PAUL PIONEER PRESS, April 10, 2013, available at http://www.twincities.com/ci_22994804/st-paul-sex-ring-preyed-vulnerable-young-women. (Last visited, April 12, 2013).

Bob Ferguson
Washington Attorney General

Michael Geraghty
Alaska Attorney General

Dustin McDaniel
Arkansas Attorney General

John Suthers
Colorado Attorney General

Pamela Jo Bondi
Florida Attorney General

Lenny Rapadas
Guam Attorney General

Lawrence Wasden
Idaho Attorney General

Gregory Zoeller
Indiana Attorney General

Derek Schmidt
Kansas Attorney General

Luther Strange
Alabama Attorney General

Tom Horne
Arizona Attorney General

Kamala Harris
California Attorney General

Joseph R. "Beau" Biden III
Delaware Attorney General

Samuel S. Olens
Georgia Attorney General

David Louie
Hawaii Attorney General

Lisa Madigan
Illinois Attorney General

Tom Miller
Iowa Attorney General

Jack Conway
Kentucky Attorney General

James "Buddy" Caldwell
Louisiana Attorney General

Janet Mills
Maine Attorney General

Douglas F. Gansler
Maryland Attorney General

Martha Coakley
Massachusetts Attorney General

Bill Schuette
Michigan Attorney General

Lori Swanson
Minnesota Attorney General

Jim Hood
Mississippi Attorney General

Tim Fox
Montana Attorney General

Jon Bruning
Nebraska Attorney General

Catherine Cortez Masto
Nevada Attorney General

Joseph Foster
New Hampshire Attorney General

John J. Hoffman
Acting New Jersey Attorney General

Gary King
New Mexico Attorney General

Eric T. Schneiderman
New York Attorney General

Roy Cooper
North Carolina Attorney General

Wayne Stenehjem
North Dakota Attorney General

Mike DeWine
Ohio Attorney General

Scott Pruitt
Oklahoma Attorney General

Ellen F. Rosenblum
Oregon Attorney General

Peter Kilmartin
Rhode Island Attorney General

Robert E. Cooper, Jr.
Tennessee Attorney General

John Swallow
Utah Attorney General

Vincent Frazer
Virgin Islands Attorney General

Peter K. Michael
Acting Wyoming Attorney General

Kathleen Kane
Pennsylvania Attorney General

Alan Wilson
South Carolina Attorney General

Greg Abbott
Texas Attorney General

William H. Sorrell
Vermont Attorney General

Patrick Morrisey
West Virginia Attorney General



National Association
*of* Attorneys General

PRESIDENT
**Jim Hood**
*Mississippi Attorney General*

PRESIDENT-ELECT
**Marty Jackley**
*South Dakota Attorney General*

VICE PRESIDENT
**George Jepsen**
*Connecticut Attorney General*

IMMEDIATE PAST PRESIDENT
**J.B. Van Hollen**
*Wisconsin Attorney General*

EXECUTIVE DIRECTOR
**James McPherson**

October 20, 2014

The Honorable Patrick Leahy, Chairman
Senate Judiciary Committee
224 Dirksen Senate Office Building
Washington, D.C. 20510

The Honorable Chuck Grassley, Ranking Member
Senate Judiciary Committee
224 Dirksen Senate Office Building
Washington, D.C. 20510

Dear Chairman Leahy and Ranking Member Grassley:

We, the undersigned state and territorial attorneys general, urge you to join us in the fight against human trafficking in the United States. We commend your recent action to pass legislation to increase federal penalties and victim restitution and encourage you to act to protect children from being trafficked on the Internet by passing S. 2536, the Stop Advertising Victims of Exploitation Act (SAVE Act).

Human trafficking is tied as the second largest and is the fastest growing criminal industry in the world, generating roughly $150 billion each year. According to a study of Department of Justice human trafficking task force cases, 83 percent of sex trafficking victims identified in the United States were U.S. citizens. Shockingly, there are numerous cases nationally of children being used in prostitution as young as 12.

Every day, children in the United States are sold for sex. The use of the "adult services sections" on websites such as Backpage.com has created virtual brothels where children are bought and sold using euphemistic labels such as "escorts." The involvement of these advertising companies is not accidental—these companies have constructed their business models around income gained from those participating in commercial sex. In just one week this June, law enforcement arrested 281 alleged sex traffickers and took 168 children out of prostitution in a nationwide FBI crackdown where many child victims were offered for sale on "escort" and other "adult services" websites.[1] Organized crime groups as well as street gangs are involved with human trafficking, and many of these perpetrators use the Internet to sell their victims.

The undersigned attorneys general respectfully request that the Senate Judiciary Committee pass the SAVE Act so that these websites that are facilitating trafficking through their very business model will have to take

2030 M Street, NW
Eighth Floor
Washington, DC 20036
Phone: (202) 326-6000
http://www.naag.org/

---

[1] http://www.fbi.gov/news/pressrel/press-releases/168-juveniles-recovered-in-nationwide-operation-targeting-commercial-child-sex-trafficking

steps to verify the identity of individuals posting advertisements and the age of those who appear in these advertisements.

We thank you in advance for your continued dedication to the eradication of human trafficking.


Greg Zoeller
Indiana Attorney General

Robert W. Ferguson
Washington Attorney General

Luther Strange
Alabama Attorney General

Michael Geraghty
Alaska Attorney General

Tom Horne
Arizona Attorney General

Dustin McDaniel
Arkansas Attorney General

Kamala Harris
California Attorney General

John W. Suthers
Colorado Attorney General

George Jepsen
Connecticut Attorney General

Joseph R. "Beau" Biden III
Delaware Attorney General

Irvin Nathan
District of Columbia Attorney General

Pamela Jo Bondi
Florida Attorney General

Samuel S. Olens
Georgia Attorney General

Lenny Rapadas
Guam Attorney General

David Louie
Hawaii Attorney General

Lawrence Wasden
Idaho Attorney General

Lisa Madigan
Illinois Attorney General

Tom Miller
Iowa Attorney General

Derek Schmidt
Kansas Attorney General

Jack Conway
Kentucky Attorney General

James "Buddy" Caldwell
Louisiana Attorney General

Janet Mills
Maine Attorney General

Douglas F. Gansler
Maryland Attorney General

Martha Coakley
Massachusetts Attorney General

Bill Schuette
Michigan Attorney General

Lori Swanson
Minnesota Attorney General

Jim Hood
Mississippi Attorney General

Chris Koster
Missouri Attorney General

Tim Fox
Montana Attorney General

Jon Bruning
Nebraska Attorney General

Catherine Cortez Masto
Nevada Attorney General

Joseph Foster
New Hampshire Attorney General

John Hoffman
New Jersey Attorney General

Gary King
New Mexico Attorney General

Eric T. Schneiderman
New York Attorney General

Roy Cooper
North Carolina Attorney General

Wayne Stenehjem
North Dakota Attorney General

Joey Patrick San Nicolas
Northern Mariana Islands Attorney General

Michael DeWine
Ohio Attorney General

Scott Pruitt
Oklahoma Attorney General

Ellen F. Rosenblum
Oregon Attorney General

Kathleen Kane
Pennsylvania Attorney General

César R. Míranda Rodriguez
Puerto Rico Attorney General

Peter Kilmartin
Rhode Island Attorney General

Alan Wilson
South Carolina Attorney General

Marty J. Jackley
South Dakota Attorney General

Herbert H. Slatery, III
Tennessee Attorney General

Greg Abbott
Texas Attorney General

Sean Reyes
Utah Attorney General

William H. Sorrell
Vermont Attorney General

Mark R. Herring
Virginia Attorney General

Patrick Morrisey
West Virginia Attorney General

Peter K. Michael
Wyoming Attorney General



National Association
*of* Attorneys General

PRESIDENT
**Rob McKenna**
*Washington Attorney General*

PRESIDENT-ELECT
**Doug Gansler**
*Maryland Attorney General*

VICE PRESIDENT
**J.B. Van Hollen**
*Wisconsin Attorney General*

IMMEDIATE PAST PRESIDENT
**Roy Cooper**
*North Carolina Attorney General*

EXECUTIVE DIRECTOR
**James McPherson**

September 16, 2011

Mr. Samuel Fifer
Counsel for Backpage.Com, LLC
SNR Denton US
233 South Wacker Drive
Suite 7800
Chicago, IL 60606-6306

Mr. Fifer,

On August 31st, 2011, we sent to you a sign-on letter by forty five Attorneys General regarding Backpage.com's assurances, both public and in private, concerning the company's facilitation of the sexual exploitation of children, and prostitution. Since that time, a number of Attorneys General have asked to join their colleagues in supporting this issue, therefore, attached is the revised letter which includes their signatures. Thus, a total of fifty one Attorneys General have signed onto the August 31st letter.

Sincerely,

James E. McPherson
Executive Director

2030 M Street, NW
Eighth Floor
Washington, DC 20036
Phone: (202) 326-6000
http://www.naag.org/



**National Association**
*of* **Attorneys General**

PRESIDENT
**Rob McKenna**
*Washington Attorney General*

PRESIDENT-ELECT
**Doug Gansler**
*Maryland Attorney General*

VICE PRESIDENT
**J.B. Van Hollen**
*Wisconsin Attorney General*

IMMEDIATE PAST PRESIDENT
**Roy Cooper**
*North Carolina Attorney General*

EXECUTIVE DIRECTOR
**James McPherson**

September 16, 2011

Mr. Samuel Fifer
Counsel for Backpage.Com, LLC
SNR Denton US
233 South Wacker Drive
Suite 7800
Chicago, IL 60606-6306

**Re: Backpage.com's ongoing failure to effectively limit
prostitution and sexual trafficking activity on its website**

Mr. Fifer:

  This letter is in response to Backpage.com's assurances, both public
and in private, concerning the company's facilitation of the sexual exploitation
of children, and prostitution. As our state's chief law enforcement officers,
we are increasingly concerned about human trafficking, especially the
trafficking of minors. Backpage.com is a hub for such activity.

  While Backpage.com professes to have undertaken efforts to limit
advertisements for prostitution on its website, particularly those soliciting sex
with children, such efforts have proven ineffective. In May, for example, a
Dorchester, Massachusetts man was charged for forcing a 15-year-old girl into
a motel to have sex with various men for $100 to $150 an hour. To find
customers, the man posted a photo of the girl on Backpage.com. He was later
found with $19,000 in cash. In another example, prosecutors in Washington
state are handling a case in which teen girls say they were coerced, threatened
and extorted by two adults who marketed them on Backpage.com.

  We have tracked more than 50 instances, in 22 states over three years,
of charges filed against those trafficking or attempting to traffic minors on
Backpage.com. These are only the stories that made it into the news; many
more instances likely exist. These cases often involve runaways ensnared by
adults seeking to make money by sexually exploiting them. In some cases,
minors are pictured in advertisements. In others, adults are pictured but
minors are substituted at the "point of sale" in a grossly illegal transaction.

  Nearly naked persons in provocative positions are pictured in nearly
every adult services advertisement on Backpage.com and the site requires
advertisements for escorts, and other similar "services," to include hourly
rates. It does not require forensic training to understand that these
advertisements are for prostitution. This hub for illegal services has proven
particularly enticing for those seeking to sexually exploit minors.

2030 M Street, NW
Eighth Floor
Washington, DC 20036
Phone: (202) 326-6000
http://www.naag.org/

In a meeting with the Washington State Attorney General's Office, Backpage.com vice president Carl Ferrer acknowledged that the company identifies more than 400 "adult services" posts every month that may involve minors. This figure indicates the extent to which the trafficking of minors occurs on the site – the actual number of minors exploited through Backpage.com may be far greater. The company's figures, along with real world experience, demonstrate the extreme difficulty of excising a particularly egregious crime – the sexual exploitation of minors – on a site seemingly dedicated to the promotion of prostitution.

On a regional basis, there has been no change in postings for prostitution services on Backpage.com. For example, between July 28 and August 1, the Missouri Attorney General's Office on behalf of the Attorneys General Working Group conducted a review of adult content on Backpage.com. This review revealed numerous daily postings for "escort" services in the Adult>Escorts section. On Sunday, July 31, in the St. Louis-area alone, there were one hundred and three (103) new postings for such services. Other regional examples include:

- On August 1, the Washington State Attorney General's Office found one hundred and forty two (142) advertisements that are obviously for prostitutes in the Seattle area; and
- On August 2, even the Connecticut State Attorney General's Office found advertisements for prostitutes in the Connecticut area on the Springfield, Massachusetts and Rhode Island pages, circumventing Backpage.com's omission of a Connecticut adult section.

Missouri investigators further confirmed that Backpage.com's review procedures are ineffective in policing illegal activity. On July 28 and July 29, investigators flagged twenty five (25) new postings advertising prostitution in the St. Louis, Kansas City, Springfield, Columbia, and Jefferson City areas. By August 1, at least four days later, only five of these postings, or less than a quarter, had been removed.

The prominence of illegal content on Backpage.com conflicts with the company's representations about its content policies. Backpage.com claims that it "is committed to preventing those who are intent on misusing the site for illegal purposes."[1] To that end, Backpage.com represents that it has "implemented strict content policies to prevent illegal activity," and that the company has "inappropriate ad content removed."[2] Backpage.com also requires those who post "adult services" advertisements to click a link indicating they agree not to "post any solicitation directly or in 'coded' fashion for any illegal service exchanging sexual favors for money or other valuable consideration."[3] However, a cursory look at a relevant section demonstrates that this guideline is not enforced.[4]

In fact, in a meeting with the Washington State Attorney General's Office, Village Voice Media Board Member Don Moon readily admitted that prostitution advertisements regularly appear on Backpage.com. This shows that the stated representations about the site are in direct

---

[1] Backpage.com, Safety and Security Enhancements, http://blog.backpage.com/ (last visited August 05, 2011).
[2] *Id.*
[3] *See* Backpage.com, Posting Rules,
http://posting.seattle.backpage.com/gyrobase/classifieds/PostAdPPJ.html/sea/posting.seattle.backpage.com/?section=4381&category=4443&u=sea&serverName=posting.seattle.backpage.com&superRegion=Seattle (last visited August 05, 2011)..
[4] *See* Backpage.com, Seattle Escorts, http://seattle.backpage.com/FemaleEscorts/ (last visited August 05, 2011).

conflict with the reality of Backpage's business model: making money from a service illegal in every state, but for a few counties in Nevada.

Based on an independent assessment by the AIM Group, Backpage.com's estimated annual revenue from its adult services section is approximately $22.7 million. This figure, along with information you provided to the Working Group, indicates that Backpage.com devotes only a fraction of the revenue generated from its adult section advertisements to manual content review. We believe Backpage.com sets a minimal bar for content review in an effort to temper public condemnation, while ensuring that the revenue spigot provided by prostitution advertising remains intact. Though you have stated "all new ads are moderated by a staff member,"[5] there appear to be no changes in the volume of prostitution advertisements resulting from this "moderation."

As a practical matter, it is likely very difficult to accurately detect underage human trafficking on Backpage.com's adult services section, when to an outside observer, the website's sole purpose seems to be to advertise prostitution. That is why Craigslist's decision to shut down its adult services section was applauded as a clear way for it to eradicate advertising on its website that trafficked children for prostitution. It is also why we have called on Backpage.com to take similar action.

Furthermore, in lieu of a subpoena, the Working Group asks that Backpage.com provide additional information so that we may better understand the company's policies and practices. As noted earlier, Backpage.com represents that it has "strict content policies to prevent illegal activity."[6] We ask that Backpage.com substantiate this claim by:

1. Describing in detail Backpage.com's understanding of what precisely constitutes "illegal activity," including whether Backpage.com contends that advertisements for prostitution services do not constitute advertisements for "illegal activity;"
2. Providing a copy of such policies, including but not limited to the specific criteria used to determine whether an advertisement may involve illegal activity;
3. Providing the list of the prohibited terms for which Backpage.com is screening;
4. Describing in detail the individualized or hand review process undertaken by Backpage.com, including the number of personnel currently assigned to conduct such review;
5. Stating the number of advertisements in its adult section, including all subsections, submitted since September 1, 2010;
6. Stating the number of advertisements, in its adult section, including all subsections, submitted since September 1, 2010, which were subjected to individualized or hand review prior to publication; and
7. Stating the number of advertisements in its adult section, including all subsections, submitted since September 1, 2010, rejected *prior to* publication because they involved or were suspected to involve illegal activity.

---

[5] Letter from Samuel Fifer, Attorney, SNR Denton, to Attorneys General Working Group (Jan. 27, 2011).

[6] Backpage.com, *supra* note 1.

Backpage.com's further represents that it has "inappropriate ad content removed."[7] We ask that Backpage.com substantiate this claim by:

8. Describing the criteria used to determine whether a published advertisement should be removed due to actual or suspected illegal activity;
9. Providing a copy of such policies that detail the criteria used to determine whether a published advertisement should be removed due to actual or suspected illegal activity;
10. Describing in detail the criteria Backpage.com uses, including but not limited to the number of user reports required, before a published advertisement is subjected to further review;
11. Providing a copy of such policies that detail the criteria Backpage.com uses, including but not limited to the number of user reports required, before a published advertisement is subjected to further review;
12. Stating the number of published advertisements posted since September 1, 2010 in its adult section, including all subsections, that Backpage.com has subjected to post publication review;
13. Stating the number of published advertisements posted since September 1, 2010 in its adult section, including all subsections, that Backpage.com removed following post publication review;
14. Stating the number of published advertisements posted since September 1, 2010 in its adult section, including all subsections, that Backpage.com *did not* remove following post publication review;
15. Stating the number of published advertisements posted since September 1, 2010 that were not subjected to further review by Backpage.com despite the receipt of user reports.

Lastly, Backpage.com also represents that it is "partnering with law enforcement and safety advocates/experts."[8] We request that Backpage.com support this assertion by:

16. Identifying the specific "law enforcement [agencies] and safety advocates/experts" with whom Backpage.com has partnered and describing the actions taken by Backpage.com in connection with such partnerships;
17. Stating the number of advertisements submitted since September 1, 2010 that Backpage.com has reported pre-publication to local, state or federal law enforcement agencies, or to the National Center for Missing and Exploited Children's Cyber Tipline, because of actual or suspected illegal activity;
18. Stating the number of user reports of suspected exploitation of minors and/or human trafficking Backpage.com requires before subjecting a published advertisement to further review;
19. Stating the number of published advertisements posted since September 1, 2010 that Backpage.com removed in response to such user reports;
20. Stating the number of published advertisements posted since September 1, 2010 that Backpage.com reported to local, state or federal law enforcement agencies, or to the National Center for Missing and Exploited Children's Cyber Tipline, as a result of such reports; and

---

[7] Backpage.com, *supra* note 1.
[8] Backpage.com, *supra* note 1.

21. Stating the number of published advertisements posted since September 1, 2010 that Backpage.com *did not* remove following a review prompted by user reports.

The National Association of Attorneys General requests Backpage.com's response on or before September 14, 2011.

Respectfully,

George Jepsen
Attorney General of Connecticut

Chris Koster
Attorney General of Missouri

Rob McKenna
Attorney General of Washington

Luther Strange
Alabama Attorney General

John J. Burns
Alaska Attorney General

Fepulea'i Arthur Ripley Jr.
American Samoa Attorney General

Tom Horne
Arizona Attorney General

Dustin McDaniel
Arkansas Attorney General

Kamala Harris
California Attorney General

John W. Suthers
Colorado Attorney General

Joseph R. "Beau" Biden III
Delaware Attorney General

Pam Bondi
Florida Attorney General

Sam Olens
Georgia Attorney General

Lenny Rapadas
Guam Attorney General

David Louie
Hawaii Attorney General

Lawrence Wasden
Idaho Attorney General

Lisa Madigan
Illinois Attorney General

Greg Zoeller
Indiana Attorney General

Tom Miller
Iowa Attorney General

Derek Schmidt
Kansas Attorney General

Jack Conway
Kentucky Attorney General

James "Buddy" Caldwell
Louisiana Attorney General

William J. Schneider
Maine Attorney General

Douglas F. Gansler
Maryland Attorney General

Martha Coakley
Massachusetts Attorney General

Bill Schuette
Michigan Attorney General

Lori Swanson
Minnesota Attorney General

Jim Hood
Mississippi Attorney General

Steve Bullock
Montana Attorney General

Jon Bruning
Nebraska Attorney General

Catherine Cortez Masto
Nevada Attorney General

Michael Delaney
New Hampshire Attorney General

Paula T. Dow
New Jersey Attorney General

Gary King
New Mexico Attorney General

Eric Schneiderman
New York Attorney General

Roy Cooper
North Carolina Attorney General

Edward T. Buckingham
Northern Mariana Islands

Wayne Stenehjem
North Dakota Attorney General

Mike Dewine
Ohio Attorney General

Scott Pruitt
Oklahoma Attorney General

John Kroger
Oregon Attorney General

Peter Kilmartin
Rhode Island Attorney General

Marty J. Jackley
South Dakota Attorney General

Greg Abbott
Texas Attorney General

William H. Sorrell
Vermont Attorney General

Greg Phillips
Wyoming Attorney General

Linda L. Kelly
Pennsylvania Attorney General

Alan Wilson
South Carolina Attorney General

Robert E. Cooper, JR.
Tennessee Attorney General

Mark Shurtleff
Utah Attorney General

Kenneth T. Cuccinelli, II
Virginia Attorney General



**National Association**
*of* Attorneys General

PRESIDENT
**Rob McKenna**
*Washington Attorney General*

PRESIDENT-ELECT
**Doug Gansler**
*Maryland Attorney General*

VICE PRESIDENT
**J.B. Van Hollen**
*Wisconsin Attorney General*

IMMEDIATE PAST PRESIDENT
**Roy Cooper**
*North Carolina Attorney General*

EXECUTIVE DIRECTOR
**James McPherson**

August 31, 2011

Mr. Samuel Fifer
Counsel for Backpage.Com, LLC
SNR Denton US
233 South Wacker Drive
Suite 7800
Chicago, IL 60606-6306

**Re: Backpage.com's ongoing failure to effectively limit
prostitution and sexual trafficking activity on its website**

Mr. Fifer:

This letter is in response to Backpage.com's assurances, both public
and in private, concerning the company's facilitation of the sexual exploitation
of children, and prostitution. As our state's chief law enforcement officers,
we are increasingly concerned about human trafficking, especially the
trafficking of minors. Backpage.com is a hub for such activity.

While Backpage.com professes to have undertaken efforts to limit
advertisements for prostitution on its website, particularly those soliciting sex
with children, such efforts have proven ineffective. In May, for example, a
Dorchester, Massachusetts man was charged for forcing a 15-year-old girl into
a motel to have sex with various men for $100 to $150 an hour. To find
customers, the man posted a photo of the girl on Backpage.com. He was later
found with $19,000 in cash. In another example, prosecutors in Washington
state are handling a case in which teen girls say they were coerced, threatened
and extorted by two adults who marketed them on Backpage.com.

We have tracked more than 50 instances, in 22 states over three years,
of charges filed against those trafficking or attempting to traffic minors on
Backpage.com. These are only the stories that made it into the news; many
more instances likely exist. These cases often involve runaways ensnared by
adults seeking to make money by sexually exploiting them. In some cases,
minors are pictured in advertisements. In others, adults are pictured but
minors are substituted at the "point of sale" in a grossly illegal transaction.

Nearly naked persons in provocative positions are pictured in nearly
every adult services advertisement on Backpage.com and the site requires
advertisements for escorts, and other similar "services," to include hourly
rates. It does not require forensic training to understand that these
advertisements are for prostitution. This hub for illegal services has proven
particularly enticing for those seeking to sexually exploit minors.

2030 M Street, NW
Eighth Floor
Washington, DC 20036
Phone: (202) 326-6000
http://www.naag.org/

In a meeting with the Washington State Attorney General's Office, Backpage.com vice president Carl Ferrer acknowledged that the company identifies more than 400 "adult services" posts every month that may involve minors. This figure indicates the extent to which the trafficking of minors occurs on the site – the actual number of minors exploited through Backpage.com may be far greater. The company's figures, along with real world experience, demonstrate the extreme difficulty of excising a particularly egregious crime – the sexual exploitation of minors – on a site seemingly dedicated to the promotion of prostitution.

On a regional basis, there has been no change in postings for prostitution services on Backpage.com. For example, between July 28 and August 1, the Missouri Attorney General's Office on behalf of the Attorneys General Working Group conducted a review of adult content on Backpage.com. This review revealed numerous daily postings for "escort" services in the Adult>Escorts section. On Sunday, July 31, in the St. Louis-area alone, there were one hundred and three (103) new postings for such services. Other regional examples include:

- On August 1, the Washington State Attorney General's Office found one hundred and forty two (142) advertisements that are obviously for prostitutes in the Seattle area; and
- On August 2, even the Connecticut State Attorney General's Office found advertisements for prostitutes in the Connecticut area on the Springfield, Massachusetts and Rhode Island pages, circumventing Backpage.com's omission of a Connecticut adult section.

Missouri investigators further confirmed that Backpage.com's review procedures are ineffective in policing illegal activity. On July 28 and July 29, investigators flagged twenty five (25) new postings advertising prostitution in the St. Louis, Kansas City, Springfield, Columbia, and Jefferson City areas. By August 1, at least four days later, only five of these postings, or less than a quarter, had been removed.

The prominence of illegal content on Backpage.com conflicts with the company's representations about its content policies. Backpage.com claims that it "is committed to preventing those who are intent on misusing the site for illegal purposes."[1] To that end, Backpage.com represents that it has "implemented strict content policies to prevent illegal activity," and that the company has "inappropriate ad content removed."[2] Backpage.com also requires those who post "adult services" advertisements to click a link indicating they agree not to "post any solicitation directly or in 'coded' fashion for any illegal service exchanging sexual favors for money or other valuable consideration."[3] However, a cursory look at a relevant section demonstrates that this guideline is not enforced.[4]

In fact, in a meeting with the Washington State Attorney General's Office, Village Voice Media Board Member Don Moon readily admitted that prostitution advertisements regularly appear on Backpage.com. This shows that the stated representations about the site are in direct

---

[1] Backpage.com, Safety and Security Enhancements, http://blog.backpage.com/ (last visited August 05, 2011).
[2] Id.
[3] See Backpage.com, Posting Rules,
http://posting.seattle.backpage.com/gyrobase/classifieds/PostAdPPI.html/sea/posting.seattle.backpage.com/?section=4381&categ
ory=4443&u=sea&serverName=posting.seattle.backpage.com&superRegion=Seattle (last visited August 05, 2011)..
[4] See Backpage.com, Seattle Escorts, http://seattle.backpage.com/FemaleEscorts/ (last visited August 05, 2011).

conflict with the reality of Backpage's business model: making money from a service illegal in every state, but for a few counties in Nevada.

Based on an independent assessment by the AIM Group, Backpage.com's estimated annual revenue from its adult services section is approximately $22.7 million. This figure, along with information you provided to the Working Group, indicates that Backpage.com devotes only a fraction of the revenue generated from its adult section advertisements to manual content review. We believe Backpage.com sets a minimal bar for content review in an effort to temper public condemnation, while ensuring that the revenue spigot provided by prostitution advertising remains intact. Though you have stated "all new ads are moderated by a staff member,"[5] there appear to be no changes in the volume of prostitution advertisements resulting from this "moderation."

As a practical matter, it is likely very difficult to accurately detect underage human trafficking on Backpage.com's adult services section, when to an outside observer, the website's sole purpose seems to be to advertise prostitution. That is why Craigslist's decision to shut down its adult services section was applauded as a clear way for it to eradicate advertising on its website that trafficked children for prostitution. It is also why we have called on Backpage.com to take similar action.

Furthermore, in lieu of a subpoena, the Working Group asks that Backpage.com provide additional information so that we may better understand the company's policies and practices. As noted earlier, Backpage.com represents that it has "strict content policies to prevent illegal activity."[6] We ask that Backpage.com substantiate this claim by:

1. Describing in detail Backpage.com's understanding of what precisely constitutes "illegal activity," including whether Backpage.com contends that advertisements for prostitution services do not constitute advertisements for "illegal activity;"
2. Providing a copy of such policies, including but not limited to the specific criteria used to determine whether an advertisement may involve illegal activity;
3. Providing the list of the prohibited terms for which Backpage.com is screening;
4. Describing in detail the individualized or hand review process undertaken by Backpage.com, including the number of personnel currently assigned to conduct such review;
5. Stating the number of advertisements in its adult section, including all subsections, submitted since September 1, 2010;
6. Stating the number of advertisements, in its adult section, including all subsections, submitted since September 1, 2010, which were subjected to individualized or hand review prior to publication; and
7. Stating the number of advertisements in its adult section, including all subsections, submitted since September 1, 2010, rejected *prior to* publication because they involved or were suspected to involve illegal activity.

---

[5] Letter from Samuel Fifer, Attorney, SNR Denton, to Attorneys General Working Group (Jan. 27, 2011).
[6] Backpage.com, *supra* note 1.

Backpage.com's further represents that it has "inappropriate ad content removed."[7] We ask that Backpage.com substantiate this claim by:

8. Describing the criteria used to determine whether a published advertisement should be removed due to actual or suspected illegal activity;

9. Providing a copy of such policies that detail the criteria used to determine whether a published advertisement should be removed due to actual or suspected illegal activity;

10. Describing in detail the criteria Backpage.com uses, including but not limited to the number of user reports required, before a published advertisement is subjected to further review;

11. Providing a copy of such policies that detail the criteria Backpage.com uses, including but not limited to the number of user reports required, before a published advertisement is subjected to further review;

12. Stating the number of published advertisements posted since September 1, 2010 in its adult section, including all subsections, that Backpage.com has subjected to post publication review;

13. Stating the number of published advertisements posted since September 1, 2010 in its adult section, including all subsections, that Backpage.com removed following post publication review;

14. Stating the number of published advertisements posted since September 1, 2010 in its adult section, including all subsections, that Backpage.com *did not* remove following post publication review;

15. Stating the number of published advertisements posted since September 1, 2010 that were not subjected to further review by Backpage.com despite the receipt of user reports.

Lastly, Backpage.com also represents that it is "partnering with law enforcement and safety advocates/experts."[8] We request that Backpage.com support this assertion by:

16. Identifying the specific "law enforcement [agencies] and safety advocates/experts" with whom Backpage.com has partnered and describing the actions taken by Backpage.com in connection with such partnerships;

17. Stating the number of advertisements submitted since September 1, 2010 that Backpage.com has reported pre-publication to local, state or federal law enforcement agencies, or to the National Center for Missing and Exploited Children's Cyber Tipline, because of actual or suspected illegal activity;

18. Stating the number of user reports of suspected exploitation of minors and/or human trafficking Backpage.com requires before subjecting a published advertisement to further review;

19. Stating the number of published advertisements posted since September 1, 2010 that Backpage.com removed in response to such user reports;

20. Stating the number of published advertisements posted since September 1, 2010 that Backpage.com reported to local, state or federal law enforcement agencies, or to the National Center for Missing and Exploited Children's Cyber Tipline, as a result of such reports; and

---

[7] Backpage.com, *supra* note 1.
[8] Backpage.com, *supra* note 1.

21. Stating the number of published advertisements posted since September 1, 2010 that Backpage.com *did not* remove following a review prompted by user reports.

The National Association of Attorneys General requests Backpage.com's response on or before September 14, 2011.

Respectfully,

George Jepsen
Attorney General of Connecticut

Chris Koster
Attorney General of Missouri

Rob McKenna
Attorney General of Washington

Luther Strange
Alabama Attorney General

John J. Burns
Alaska Attorney General

Tom Horne
Arizona Attorney General

Dustin McDaniel
Arkansas Attorney General

Kamala Harris
California Attorney General

John W. Suthers
Colorado Attorney General

Joseph R. "Beau" Biden III
Delaware Attorney General

Pam Bondi
Florida Attorney General

Sam Olens
Georgia Attorney General

Lenny Rapadas
Guam Attorney General

David Louie
Hawaii Attorney General

Lawrence Wasden
Idaho Attorney General

Lisa Madigan
Illinois Attorney General

Greg Zoeller
Indiana Attorney General

Tom Miller
Iowa Attorney General

Derek Schmidt
Kansas Attorney General

Jack Conway
Kentucky Attorney General

James "Buddy" Caldwell
Louisiana Attorney General

William J. Schneider
Maine Attorney General

Douglas F. Gansler
Maryland Attorney General

Martha Coakley
Massachusetts Attorney General

Bill Schuette
Michigan Attorney General

Lori Swanson
Minnesota Attorney General

Jim Hood
Mississippi Attorney General

Steve Bullock
Montana Attorney General

Jon Bruning
Nebraska Attorney General

Catherine Cortez Masto
Nevada Attorney General

Michael Delaney
New Hampshire Attorney General

Gary King
New Mexico Attorney General

Roy Cooper
North Carolina Attorney General

Wayne Stenehjem
North Dakota Attorney General

Mike Dewine
Ohio Attorney General

Scott Pruitt
Oklahoma Attorney General

John Kroger
Oregon Attorney General

Linda L. Kelly
Pennsylvania Attorney General

Peter Kilmartin
Rhode Island Attorney General

Alan Wilson
South Carolina Attorney General

Marty J. Jackley
South Dakota Attorney General

Robert E. Cooper, JR.
Tennessee Attorney General

Greg Abbott
Texas Attorney General

Mark Shurtleff
Utah Attorney General

Kenneth T. Cuccinelli, II
Virginia Attorney General

Greg Phillips
Wyoming Attorney General