# EXHIBIT 18

Case: 1:15-cv-06340 Document #: 52-18 Filed: 08/16/15 Page 1 of 3 PageID #:862



**OFFICE OF THE SHERIFF**
RICHARD J. DALEY CENTER
COOK COUNTY
CHICAGO, ILLINOIS 60602

THOMAS J. DART
SHERIFF

August 14, 2015

Dear Visa,

I write to thank you for taking seriously the issues I recently raised with your company about the prostitution and sex-trafficking that occur through the adult section of Backpage.com. As I said in my recent letter, we have repeatedly found that ads posted in this section act as a subterfuge for prostitution and the exploitation and trafficking of women and children. To see that reality, you need look no further than the disturbing headlines of hundreds of news articles, the strong condemnations from scores of law enforcement officials and the countless police reports from horrific cases across the country. While I have no authority over financial institutions, as a parent, citizen, and the chief law enforcement officer of Cook County responsible for combating the exploitation of women and children, I applaud your corporate leadership on this issue.

I also hope it was clear that the concerns I expressed pertained only to the advertising offered in the "adult" section of the web site, and to nothing else, such as ads for automobiles, real estate, musical instruments, and the like. My sole focus and concerns are, and always have been, with the adult sections of those online classified websites that we have found in practice are not involved in legitimate business activities, but that instead overwhelmingly serve as a platform to sell prostituted and trafficked individuals. Nothing more than that.

Thank you,


Sheriff Thomas J. Dart
Sheriff of Cook County



**OFFICE OF THE SHERIFF**
RICHARD J. DALEY CENTER
COOK COUNTY
CHICAGO, ILLINOIS 60602

THOMAS J. DART
SHERIFF

August 14, 2015

Dear MasterCard,

I write to thank you for taking seriously the issues I recently raised with your company about the prostitution and sex-trafficking that occur through the adult section of Backpage.com. As I said in my recent letter, we have repeatedly found that ads posted in this section act as a subterfuge for prostitution and the exploitation and trafficking of women and children. To see that reality, you need look no further than the disturbing headlines of hundreds of news articles, the strong condemnations from scores of law enforcement officials and the countless police reports from horrific cases across the country. While I have no authority over financial institutions, as a parent, citizen, and the chief law enforcement officer of Cook County responsible for combating the exploitation of women and children, I applaud your corporate leadership on this issue.

I also hope it was clear that the concerns I expressed pertained only to the advertising offered in the "adult" section of the web site, and to nothing else, such as ads for automobiles, real estate, musical instruments, and the like. My sole focus and concerns are, and always have been, with the adult sections of those online classified websites that we have found in practice are not involved in legitimate business activities, but that instead overwhelmingly serve as a platform to sell prostituted and trafficked individuals. Nothing more than that.

Thank you,


Sheriff Thomas J. Dart
Sheriff of Cook County