# EXHIBIT 19

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BACKPAGE.COM, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 15 C 06340 |
| ) | |
| THOMAS J. DART, Sheriff of Cook County, ) | |
| Illinois. ) | |
| ) | |
| Defendant. ) | |

## AFFIDAVIT OF MARTIN ELLIOTT

I, Martin Elliott, state the following:

1. I currently am a Senior Director of Visa U.S.A., Inc. ("Visa") and Visa's Global Head of Brand Protection. I have been employed at Visa since June 1998. As part of my responsibilities in these positions, I manage the Global Brand Protection Program. My position is within Visa's Global Risk group.

2. I have personal knowledge of the facts stated within this affidavit and, if called to testify, I could testify competently to the statements contained herein.

3. Following communication with Sheriff Dart's staff in June 2015, members of Visa's Global Risk group, including myself, consulted with Visa Legal Department personnel and made the decision to request that Visa Europe, a separate and independent legal entity, contact Backpage.com's acquiring banks in order to terminate the acceptance of Visa-branded payment cards at Backpage.com.

/ /

/ /

4. At no point did Visa perceive Sheriff Dart to be threatening Visa with prosecution or any other official state action, nor did Visa base its decision on any such threat.

I swear under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 11, 2015.　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Martin Elliott