# EXHIBIT 20

<mark>CCSO 06320</mark>



# OFFICE OF THE SHERIFF
RICHARD J. DALEY CENTER
COOK COUNTY
CHICAGO, ILLINOIS 60602

THOMAS J. DART
SHERIFF

June 30, 2015

Kenneth I. Chenault, Chief Executive Officer and Chairman
American Express Company
200 Vesey Street
New York, NY 10285-3106

Dear Mr. Chenault,

I am writing to inform you of my recent request that Visa and MasterCard cease and desist from allowing their credit cards to be used to place adult ads on websites like Backpage.com, which we have objectively found to facilitate online sex trafficking.

In recent months, American Express has stopped allowing its credit cards to be used as a payment option for the placement of such ads on Backpage.com. Stepping up in this manner assists society in the fight against the proliferation of online sex trafficking, which leads to countless women and children being forced into the violent trade.

Your company's move will have a lasting impact on the volume of online sex trafficking. And to broaden that impact, I suggest your company work with my office to identify similar websites that might have slipped by your review process. To that end, please let me know who we can work with in your organization.

Meanwhile, I encourage you to use your position in the financial industry to inform Visa, MasterCard and other companies about why your company took such action. Your voice, in addition to your actions, can make a real difference in the fight against sex trafficking.

Sincerely,

Thomas J. Dart
Sheriff of Cook County