# EXHIBIT 21

CCSO 009596

**Benjamin Breit (Sheriff)**

| | |
|---|---|
| From: | Stephanie Zugschwert (Sheriff) |
| Sent: | Friday, June 26, 2015 11:55 AM |
| To: | Benjamin Breit (Sheriff) |
| Cc: | Joseph Ryan1 (Sheriff) |
| Subject: | Conversation recap from AMEX |

I first called Marina Norville, VP, Corporate Affairs & Communication, Corporate Financial Risk. I asked told her that we noticed that their card was no longer available on the Adult section of Backpage, etc. and why. She said, good question, aren't they illegal. I said no that they have not been officially declared illegal. Then she said I should call Sanet Chao, (who I have in my notes is a Director over Merchant relations. I called Sanet, left a message. The next day I called her back. She asked if so, was it that you tried to use your amex credit card on Backpage, and if this was my question. I explained to her that I was inquiring because our vice squad had noticed that Amex was not avail......etc. and why or how does this work. She started off that it was their policy to review Merchants and have the right to prohibit high risk type clients. If some fall through the cracks, and they are flagged by someone, they have a review process where they determine if a merchant should be cancelled. And this is what happened with Backpage, adult section, but she added that Amex was still available on the rest of Backpage's sections. I asked oh so you have the technology to limit it down to the specific section of Backpage? She answered that they work with the merchant on this aspect. She further stated that she was not personally involved in the discussions regarding Backpage, but that these were just their policies Amex used.

I have to do further research as to how I found the original VP that I called, and also try to verify the title of Ms. Chao through the website.

I think this is about it.

Stephanie Zugschwert
Assistant General Counsel for Policy
Cook County Sheriff Tom Dart's Office
3026 S. California Street, Chicago, IL 60608
Office: 773-674-4466