# EXHIBIT 22

CCSO 06945

## Benjamin Breit (Sheriff)

| | |
|---|---|
| From: | Benjamin Breit (Sheriff) |
| Sent: | Monday, July 13, 2015 12:10 PM |
| To: | 'Molly Faust' |
| Cc: | Marina H Norville |
| Subject: | RE: Letter from Cook County Sheriff Tom Dart |

Thank you for the quick response!

**From:** Molly Faust [mailto:molly.faust@aexp.com]
**Sent:** Monday, July 13, 2015 12:11 PM
**To:** Benjamin Breit (Sheriff)
**Cc:** Marina H Norville
**Subject:** RE: Letter from Cook County Sheriff Tom Dart

Thanks, Benjamin,
We immediately began to reach out to Backpage about "credit" transactions when you alerted us to this issue. We are in the process of ensuring that AXP is not accepted for "credits" and are doing so as quickly as possible.
Thanks.
Molly

Molly Faust
Vice President, Public Affairs
Global Merchant Services
American Express
212-640-0624

**From:** Benjamin Breit (Sheriff) [mailto:Benjamin.Breit@cookcountyil.gov]
**Sent:** Monday, July 13, 2015 1:06 PM
**To:** Molly Faust
**Cc:** Marina H Norville
**Subject:** RE: Letter from Cook County Sheriff Tom Dart

Molly, it appears AmEx is still supporting credit transaction on Backpage. It is the only holdout. Please let me know if there are any immediate plans to change that policy. Thank you.

**From:** Benjamin Breit (Sheriff)
**Sent:** Tuesday, July 07, 2015 2:47 PM
**To:** 'Molly Faust'
**Cc:** Marina H Norville
**Subject:** RE: Letter from Cook County Sheriff Tom Dart

Thanks very much

**From:** Molly Faust [mailto:molly.faust@aexp.com]
**Sent:** Tuesday, July 07, 2015 2:18 PM
**To:** Benjamin Breit (Sheriff)
**Cc:** Marina H Norville
**Subject:** RE: Letter from Cook County Sheriff Tom Dart

1

CCSO 06946

Thank you for bringing this to our attention, Ben. We will look into it immediately.
Molly

Molly Faust
Vice President, Public Affairs
Global Merchant Services
American Express
212-640-0624

**From:** Benjamin Breit (Sheriff) [mailto:Benjamin.Breit@cookcountyil.gov]
**Sent:** Tuesday, July 07, 2015 3:15 PM
**To:** Molly Faust; Marina H Norville
**Subject:** RE: Letter from Cook County Sheriff Tom Dart

Molly –

We would like to bring your immediate attention an additional issue of concern. American Express is currently the only credit card option for the purchase of Backpage.com "credits." Visa and MasterCard removed themselves as options for both 'adult entertainment' ads and Backpage 'credits' in recent days. The 'credits' section of Backpage.com was clearly designed to allow users to bypass payment problems on the site's 'adult entertainment' section. That means, AmEx users can purchase Backpage.com credits and then simply use those credits to purchase sex trafficking ads on the 'adult entertainment' section of the site.

Like Visa and MasterCard, we encourage your company to also remove the card as a payment option for Backpage.com 'credits' to prevent you cards from being used for illegal activity and prevent further brand damage.

As previously requested, we would like to jump on the phone as soon as possible with someone senior within merchant services or legal at AmEx, as has been the case with MasterCard and Visa. Of course we'd be happy for you to join that call, but Sheriff Dart would like direct communication with someone who has decision-making authority over these merchant relationships to ensure nothing gets lost in translation over this important matter.

Thanks so much,
Ben

**From:** Molly Faust [mailto:molly.faust@aexp.com]
**Sent:** Thursday, July 02, 2015 1:19 PM
**To:** Benjamin Breit (Sheriff); Marina H Norville
**Subject:** RE: Letter from Cook County Sheriff Tom Dart

If there are additional sites you think we should look into, you can send the names of the sites to me.
Thanks,
Molly

Molly Faust
Vice President, Public Affairs
Global Merchant Services
American Express
212-640-0624

2

CCSO 06947

**From:** Benjamin Breit (Sheriff) [mailto:Benjamin.Breit@cookcountyil.gov]
**Sent:** Thursday, July 02, 2015 1:11 PM
**To:** Marina H Norville; Molly Faust
**Subject:** Re: Letter from Cook County Sheriff Tom Dart

Molly, apologies that I missed your voicemail. Past few days have been very busy and very exciting. As you've probably seen, Visa and MC have followed AmEx's lead in severing ties with Backpage. It's a big step in the fight against sex trafficking. I hope you all have been happy with Sheriff Dart's comments and the ensuing coverage complimenting AmEx for taking this step proactively, without anyone having to exert pressure.

We'd still like to work with you to make sure the smaller sites that also operate in this space do not succeed in filling this vacuum. Who would you suggest I connect my research/legal team to?

Thanks so much.
Ben


**From:** Benjamin Breit (Sheriff)
**Sent:** Monday, June 29, 2015 6:15 PM
**To:** marina.h.norville@aexp.com; molly.faust@aexp.com
**Subject:** Letter from Cook County Sheriff Tom Dart

Marina and Molly,

Hope you are well. Attached is a letter from Tom Dart, Sheriff of Cook County, to Mr. Chenault. We are preparing a major press conference Wednesday morning in Chicago to launch our campaign to compel Visa and MasterCard to disassociate themselves from Backpage, which profits off of sex trafficking victims. This is a step that AmEx recently took voluntarily. Basically, we're calling on Visa and MC to follow your lead.

I'd like to jump on the phone with you on Tuesday to discuss. Let me know. Thanks so much.

Ben

**Ben Breit**
Director of Communications
Cook County Sheriff's Office
Direct: 773-674-8054
Mobile: 847-274-5456

American Express made the following annotations

"This message and any attachments are solely for the intended recipient and may contain confidential or privileged information. If you are not the intended recipient, any disclosure, copying, use, or distribution of the information included in this message and any attachments is prohibited. If you have received this communication in error, please notify us by reply e-mail and immediately and permanently delete this message and any attachments. Thank you."

American Express a ajouté le commentaire suivant le
Ce courrier et toute pièce jointe qu'il contient sont réservés au seul destinataire indiqué et peuvent renfermer des

3

CCSO 06948

renseignements confidentiels et privilégiés. Si vous n'êtes pas le destinataire prévu, toute divulgation, duplication, utilisation ou distribution du courrier ou de toute pièce jointe est interdite. Si vous avez reçu cette communication par erreur, veuillez nous en aviser par courrier et détruire immédiatement le courrier et les pièces jointes. Merci.

American Express made the following annotations

"This message and any attachments are solely for the intended recipient and may contain confidential or privileged information. If you are not the intended recipient, any disclosure, copying, use, or distribution of the information included in this message and any attachments is prohibited. If you have received this communication in error, please notify us by reply e-mail and immediately and permanently delete this message and any attachments. Thank you."

American Express a ajouté le commentaire suivant le
Ce courrier et toute pièce jointe qu'il contient sont réservés au seul destinataire indiqué et peuvent renfermer des renseignements confidentiels et privilégiés. Si vous n'êtes pas le destinataire prévu, toute divulgation, duplication, utilisation ou distribution du courrier ou de toute pièce jointe est interdite. Si vous avez reçu cette communication par erreur, veuillez nous en aviser par courrier et détruire immédiatement le courrier et les pièces jointes. Merci.

American Express made the following annotations

"This message and any attachments are solely for the intended recipient and may contain confidential or privileged information. If you are not the intended recipient, any disclosure, copying, use, or distribution of the information included in this message and any attachments is prohibited. If you have received this communication in error, please notify us by reply e-mail and immediately and permanently delete this message and any attachments. Thank you."

American Express a ajouté le commentaire suivant le
Ce courrier et toute pièce jointe qu'il contient sont réservés au seul destinataire indiqué et peuvent renfermer des renseignements confidentiels et privilégiés. Si vous n'êtes pas le destinataire prévu, toute divulgation, duplication, utilisation ou distribution du courrier ou de toute pièce jointe est interdite. Si vous avez reçu cette communication par erreur, veuillez nous en aviser par courrier et détruire immédiatement le courrier et les pièces jointes. Merci.