# EXHIBIT 23

CCSO 06686

## Benjamin Breit (Sheriff)

| | |
|---|---|
| From: | Earnhardt, John <jearnhar@visa.com> |
| Sent: | Wednesday, July 01, 2015 9:24 AM |
| To: | Cara Smith (Sheriff) |
| Cc: | Benjamin Breit (Sheriff) |
| Subject: | Visa Statement on backpage.com |

Cara,

I'm calling you at 7:30, but wanted you to have our statement, which we were just able to produce. As I said last night, we had to work through the separate Visa entity in Europe in order to take any action.

"Visa has taken action to stop processing payments for backpage.com and the merchant's acquirers have confirmed that they have suspended acquiring. Visa's rules prohibit our network from being used for illegal activity. Visa has a long history of working with law enforcement to safeguard the integrity of the payment system and we will continue to do so."

Will call you in a few.

Best,

John Earnhardt
Vice President, Communications
415-805-4949
@urnhart

9