# EXHIBIT 25

CCSO 09364

Cook County Sheriff's Office
312-636-9230

On Jun 30, 2015, at 7:48 PM, Earnhardt, John <jearnhar@visa.com> wrote:

Cara,

I've been asked to respond to you on behalf of Kelly Tullier, who is currently on a plane to New York.

I've just had this conversation with Ben Breit, but wanted to make sure you knew our point of view on this issue as well. We take it very seriously, of course. However, and as I told Ben, we do not own the relationship with backpage.com. That relationship is with Visa Europe, which is a separate company from Visa, Inc. (this company.).

We will encourage Visa Europe to look at backpage.com and do due diligence and get to the right decision, but as we do not own that relationship all we can do is encourage an outcome.

I'd be happy to discuss this with you if you'd like to fully explain our point of view as well as the corporate structure of Visa...of which, Visa Europe is not a part of.

Sorry for the complicated message, but wanted to make sure that you had the information prior to including Visa, Inc. as a part of this.

Any questions, please let me know.

Best,

John Earnhardt
Vice President, Visa, Inc.
415-805-4949
@urnhart


Begin forwarded message:

> From: "Cara Smith (Sheriff)" <Cara.Smith@cookcountyil.gov>
> Date: June 30, 2015 at 5:42:40 PM MDT
> To: "Tullier, Kelly Mahon" <ktullier@visa.com>
> Subject: **Re: Letter from Cook County Sheriff to Visa.pdf**
>
> Good evening. Before the end of the day, I wanted to check in on your consideration of our request. Thank you and please feel free to call or email me if you wish to discuss or have any questions.
>
> Cara
>
> Cara Smith
> Chief Strategist
> Cook County Sheriff's Office
> 312-636-9230
>
> On Jun 30, 2015, at 2:02 PM, Tullier, Kelly Mahon <ktullier@visa.com> wrote:
>
> Thank you, Ms. Smith.

19