# EXHIBIT 26



Alameda County
**District Attorney's Office**
Nancy E. O'Malley, *District Attorney*

## Declaration of Casey Bates

I, Casey Bates, declare:

1) I am a Deputy District Attorney employed by the Alameda County District Attorney's Office.
2) I have been employed as a Deputy District Attorney for the past 18 years.
3) For the past three years, I have served as the Head of the Human Exploitation and Trafficking Unit (H.E.A.T. Unit) for the Alameda County District Attorney's Office. Prior to that I supervised the Child Sexual Assault and Domestic Violence Units.
4) Formed in 2005, the Human Exploitation and Trafficking Unit, is a vertical prosecution unit that is responsible for the handling of all cases involving human trafficking.
5) To date, the H.E.A.T. Unit has prosecuted more than 450 defendants, and is responsible for half the prosecutions of human trafficking cases in the state of California. Since its inception the unit maintains a conviction rate that is over 80%.
6) The H.E.A.T Unit is also responsible for unique initiatives to address demand including extensive investigation of online trafficking.
7) Despite these efforts, we have seen an increase over time of children that are being sold for sex on the internet. Today, our experience in California is that Backpage.com is the number one online location where these victims of crime are bought and sold.
8) In my professional experience, the adult section of Backpage.com not only contains ads for illegal activity, including prostitution, solicitation and trafficking, but it is the primary source for such ads and is well known for that purpose in the sex trafficking industry in Alameda County.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Oakland, CA on <u>August 14, 2015</u>.

_August 14th, 2015_      _Casey B_

Date                                 Casey Bates, DDA

Courthouse, 1225 Fallon Street, 9th Floor, Oakland, CA 94612  (510) 272-6222