# EXHIBIT 27

Declaration of Sergeant Detective Donna M. Gavin

I, Donna M. Gavin, declare:

1) I am currently a Sergeant Detective and Commander of the Human Trafficking Unit ("HTU") for the Boston Police Department located in Boston, Massachusetts.
2) I have held this position since July, 2009, and have been a police officer in Boston since 1986. For over twenty years, I have been assigned to the Bureau of Investigations as both a detective and a sergeant detective, and have spent most of that time investigating violent crimes against women and children including domestic violence, sexual assault and child abuse. I have also been assigned to the Drug Control Unit and Intelligence Units.
3) The Boston Police has a Human Trafficking Unit comprised of 4 detectives, a sergeant detective and a civilian. The unit is dedicated to enforcing laws including, but not limited to, sex trafficking of minors and adults, enticing minors into prostitution, deriving support from prostitution, and other related crimes. The detectives assigned to the Unit work closely with the Children's Advocacy Center of Suffolk County as well as with other law enforcement agencies including local, state and federal. Members of the unit are also Task Force Officers with federal agencies and investigate sex trafficking and prostitution cases and bring cases forward for prosecution to the Suffolk County District Attorney's Office, the Massachusetts Attorney General's office and the United States Attorney's Office.
4) My experience has been that the frequency and number of these types of crimes, including those involving minors, has grown substantially over recent years. This has been greatly facilitated by criminals' use of the Internet both to offer up victims for "sale" and to connect with those who seek to victimize those, including pimps and traffickers as well as buyers. Since 2009, the unit has made numerous arrests that include enticement of a minor into prostitution, sex trafficking of a minor, sex trafficking of an adult, forcible rape, possession with intent to distribute illegal controlled drugs, and sex for a fee for soliciting a prostitute.
5) As a result of investigations, the HTU has found that Backpage.com is the go-to Web site in Boston for those looking to solicit a prostitute, post prostitution ads, and recruit and traffic young women and minors. The detectives have been able to identify numerous would-be exploiters by setting up decoy ads and responding to ads on the site. They have arrested pimps, traffickers and buyers who facilitate prostitution and fuel the harmful and violent sex trade. Backpage.com is the number one site in Boston for prostitution and sex trafficking. It is also the number one site that detectives go to in order to look for underage girls who are on the run and are being commercially sexually exploited by pimps.
6) Since 2010, the HTU has arrested over 100 buyers of sex of both adults and minors through Backpage.com ads exclusively in hotel stings. Since 2012, as a result of the

    Massachusetts Human Trafficking Statute being passed, numerous pimps have been charged and prosecuted by HTU detectives for trafficking under state indictments and just recently the statute was upheld on appeal. Since 2013, 12 individuals have been charged in federal court for sex trafficking of both minors and adults. In all these aforementioned cases, Backpage.com played a pivotal role in facilitating these crimes.

7) Detectives of the HTU often get tips about illegal activity concerning ads posted on the escort, adult and massage sections of Backpage.com. In almost every case detectives have found that in fact there was illegal activity which resulted in fines, arrests, or further investigations of sex trafficking.

8) Therefore, in my professional experience as a law enforcement officer for over thirty years, the adult section of Backpage.com not only contains ads for illegal activity, including prostitution, solicitation and trafficking, but it is also the primary source for such ads and well known for that purpose in the sex trafficking industry in Boston, Massachusetts. Backpage.com's adult section provides a vehicle and anonymity for its users who exploit and traffic young women and girls. I believe that dismantling the adult section of Backpage.com will greatly assist to disrupt the violent sex trade and therefore will the reduce demand for, and easy access to vulnerable young victims. It is my humble opinion that the adult section of Backpage.com serves no legitimate service and nearly all the cases we find associated with it involve pimp controlled prostitution.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Boston, Massachusetts on August 13, 2015.

_8-13-15_

Date

_[signature: Donna M. Gavin]_

Sergeant Detective Donna M. Gavin