# EXHIBIT 28

## Declaration of Thomas Umporowicz

I, Detective-Sergeant Thomas Umporowicz declare:

1) I am currently the Detective-Sergeant in charge of our Vice/High Risk Victims Unit and Human Trafficking Task Force Sergeant for the Seattle Police Department in Seattle, King County, State of Washington.

2) I have held this position for over one year and have previously served for 30 years in various law enforcement positions with agencies in Whatcom County Washington State and 25-years with the Seattle Police Department, including 2-years of service in a specialized tactical/undercover team with the Seattle Police Department 1994-1996 and 6-years as an undercover Vice Detective with the Seattle Police Department. My tenure in the Vice/High Risk Victims Unit has included enforcing all street level prostitution and related activity, investigations and enforcement of all adult entertainment clubs within the city of Seattle, investigating prostitution and related activity on Internet sites, investigating businesses involved in prostitution, (massage parlors, brothels etc.) and the commercial sexual abuse against minors. My duties as the Human Trafficking Task Force Sergeant include responding to calls and tips regarding sex and/or labor trafficking, mandatory meeting and training attendance for human trafficking investigations, oversight and supervision of all human trafficking investigations in the greater Seattle area and joint operations with the Seattle Human Trafficking Task Force.

3) The Seattle Police Department has a Vice/High Risk Victims Unit comprised of two squads and one human trafficking Detective, which is dedicated to enforcing laws against human trafficking, facilitating prostitution, solicitation, child exploitation and prostitution. This unit initiates investigations and orchestrates stings on a daily basis, often in coordination with local, state and federal law enforcement partners. In addition to having two task forces with State and Federal partners, (Child Exploitation Task Force and Human Trafficking Task Force), this unit has the primary responsibility in charging and prosecuting prostitution and sex trafficking cases. This unit also takes primary investigative responsibilities for all crimes that occur to people involved in prostitution, (rape investigations involving victims who are prostitutes etc.)

4) Our experience has been that the frequency and number of these types of crimes, including those involving minors, have grown substantially over recent years. This has been greatly facilitated by criminals' use of the Internet both to offer up victims for "sale" and to connect with those who seek to victimize them. Since 2014, the Seattle Police Department has made arrests that include hundreds of related charges, such as charges for patronizing a prostitute/sexual exploitation, hundreds of charges for prostitution, dozens of charges Promoting Prostitution, up to 100 charges for Commercial Sexual Abuse against a Minor and have investigated dozens of rape reports involving victims who are prostitutes and one murder of a prostitute, successfully charging at least three male suspects with rape and robbery. Since the inception of the Seattle Police Department's Vice/High Risk Victims Unit along with

investigations carried out by all units within the Seattle Police Department; thousands of arrests and charges have been made involving all the above listed crimes.

5)     As a result of hundreds of investigations, the Seattle Police Department Vice/High Risk Victims Unit has found that Backpage.com has become the primary Web site in Seattle/Washington State for those looking to solicit a prostitute, post prostitution ads or traffic prostitutes and minors. Vice/High Risk Victims Unit noticed this shift after Craig's List started taking down these types of ads. The Seattle Police Department has therefore been able to identify numerous would-be exploiters by setting up decoy ads and by responding to ads on the site to locate prostitutes and those who facilitate prostitution and trafficking. Due to the high volume of prostitution ads listed in Backpage.com Adult section, sub-category of **'escorts'** and **'body rubs'** the Seattle Police Department Vice/High Risk Victims Unit has made use of this site as our primary means of setting up reverse stings in which we are able to post ads as prostitutes under the 'escorts' category and arrest male suspects who respond to these ads offering money to undercover operatives in exchange for a fee. Vice/High Risk Victims Unit Detectives also make use of this site to respond to ads posted under the 'escorts' and 'body rubs' categories posing as male customers and successfully arrest females and males who charge undercover operatives money in exchange for sex. To date, no Detective within the Seattle Police Department's Vice/High Risk Victims Unit has ever found a legitimate 'escort', (person who charges simply for companionship with no offer of sex) or 'masseuse', (person offering legitimate and licensed massage therapy rather than sex) while responding to ads placed in these categories on Backpage.com.

6)     Since 2014, arrests by the Seattle Police Department's Vice/High Risk Victims Unit that specifically have involved the use of Backpage.com include hundreds charges for solicitation and/or prostitution, including prostitution of minors. Many more such arrests have been made by Vice/High Risk Victims Unit Detectives using Backpage.com in the years prior to my arrival.

7)     As stated previously, every time the Seattle Police Department Vice/High Risk Victims Unit has responded to an ad in the adult section of Backpage.com, we have found that the ad was a posting for illegal activity. The Seattle Police Department Vice/High Risk Victims Unit has not once found that the individual posting or responding to one of our decoy ads in the adult section of Backpage.com was in fact seeking any type of innocent, legal activity.

8)     In my professional experience, the adult section of Backpage.com not only contains ads for illegal activity, including prostitution, solicitation and trafficking, but it is a primary source for such ads and is well known for that purpose in the sex trafficking industry in the city of Seattle and State of Washington. But the way Backpage.com operates and the anonymity it provides its users makes it more difficult for us to identify and arrest and prosecute these offenders. It is the Seattle Police Department Vice/High Risk Victims Unit position that removing the adult section of Backpage.com would greatly assist to disrupt these sex traffickers' easy means of communication and connection for these illegal activities and therefore would

reduce demand for, and access to, the sex trafficking industry within the city of Seattle and the State of Washington. This would be useful in protecting the women and children who are victimized by those numerous individuals who use Backpage.com for these unlawful purposes. In our experience, the adult section of Backpage.com seems to serve no legal purpose.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at the Seattle Police Department, 610 5th Avenue, Seattle Washington 98124-4986 on August 14th.

*[signature] 5574*

Date: **August 14th 2015**               Name: **Detective-Sergeant Thomas Umporowicz**