## Backpage Timeline

June 29: Letters to Visa and MasterCard went out from Sheriff at 3 p.m.

June 30: MasterCard responds that its card will be removed from the site. Message received around noon.

July 1: Visa Reports its card will be removed from Backpage at 8:30 a.m. and Sheriff hold's press conference at 10:30 a.m.

July 1: Night: It appears some cards are still working and card logo's appear on site. We record 1,059 ads on the "adult section" of Chicago's Backpage.

July 3: Reports of Backpage alerts sent to users offering a FREESPEECH promo code for ads to be placed free "as often as you like until the payment issues are resolved." It is unclear how long the promo works, but within days it is clear it no longer works.

July 7: Visa and Mastercard Logos removed from Backpage and cards are no longer working to buy ads or credits on Backpage. Only Bitcoin and "buy credits" options (w/AmEx) remain.

July 7: It is clear this morning all ads are free, though it may have gone into effect on July 6 at some point. Reposting and Sponsor ads costs remain the same. Option to "Fund Account" is addedto allow sending cash, check or money order to P.O. Box in Dallas. "Buy Credits" still an option with AmEx or mail in cash, check or money order an option.

July 7: Cara contacted and spoke with someone at Texas Governor's office re: sending cash, etc. through mail.

July 7: Number of ads on Chicago's "adult section" spikes 135% over July 6th numbers, to 2,500.

July 8: Governor of Texas forwarded our Backpage information to the Texas AG's office. Letter sent to USPS Postal Inspector asking them to investigate the sending of money through the mail..

July 8: Number of ads on Chicago's "adult section" settles back down to about 1,200. Our analysis shows at least 25% of ads being posted are free re-posts from the same poster.

July 10 – Backpage added links to directions on how to use Bitcoin on its website payment pages.

PX01

CCSO 00081

July 13 – We observe the cost to repost ads in Chicago dropped from $48 for four reposts to $4 for four reposts. AmEx still an option to buy credits. AMEX says they are working to remove card from "credits" option.

CCSO 00082