CCSO 03157

## Stephanie Zugschwert (Sheriff)

| | |
|---|---|
| **From:** | Stephanie Zugschwert <jszugs@gmail.com> |
| **Sent:** | Wednesday, June 24, 2015 1:01 PM |
| **To:** | Stephanie Zugschwert (Sheriff) |
| **Subject:** | Fwd: my proposal and letters for sheriff - not yet acted upon |

Sent from my iPhone

Begin forwarded message:

> **From:** Stephanie Zugschwert <jszugs@gmail.com>
> **Date:** June 21, 2015 at 9:06:58 AM CDT
> **To:** Steve Bergerson <srbergerson@gmail.com>
> **Subject: Fwd: my proposal and letters for sheriff - not yet acted upon**
>
> Sent from my iPad
>
> Begin forwarded message:
>
>> **From:** Stephanie Zugschwert <jszugs@gmail.com>
>> **Date:** June 20, 2015 at 7:38:40 PM CDT
>> **To:** Lois Bergerson <lmbergerson@frontiernet.net>, Annelie Bergerson <annelie.bergerson@gmail.com>, Shawn Bergerson <sbergerson@wscm.net>, "Don, Stacy, Celia and Tegan Brown" <brown686@juno.com>, John Zugschwert <jzugschwert@harriscollect.com>
>> **Subject: my proposal and letters for sheriff - not yet acted upon**
>
> <BPFinancialInstitutions.docx>
>
> <Visa%20Final.doc>
>
> <MasterCard%20Final.doc>
>
> <Financial%20Institutions%20Fact%20Sheet.docx>
>
>> This is the proposal for the sheriff I put together - I think we are having a press conf and release either on Thurs. next week or Tues. the following week.
>>
>> Just FYI for context - Backpage.com runs an adult escort section online that is everywhere in the united states and 80 countries internationally. Craigslist had the adult escort section years ago and Sheriff Dart sued them and numerous other pressures were put on them and Craiglist's owners agreed to shut its site down for Adult Escorts. Backpage.com started posting these ads, basically prostitution ads, after Craigslist shut its down. Backapge.com was affiliated at that time with a Media Holding group with numerous newspapers and after its advertisers and

330

CCSO 03158

investors got into the controversy about Backpage.com and its promotion of prostitution, they split Backpage off and it has been its own company for years and does not care about the controversies about its Adult Escort section.

Law enforcement around the country continue to make arrests for minors that are being trafficked right off of Backpage.com. Backpage.com has been sued on numerous occasions by minors - victims - that have been advertised on Backpage.com by their traffickers and because of a federal statute, the Communications Decency Act, each court has found that Backpage is immune from any civil suit or immune for prosecution or suit brought under any state law "that is inconsistent with" the Communications Decency Act. So Backpage.com's Adult Escort has flagrantly just become an open market for online prostitution and subsequently minor sex trafficking. The owners of Backpage are well aware of this fact but they have never been able to be held accountable because of the federal law. Even states have passed state statutes to criminalize the advertising of minors for sex trafficking specifically to try to shut Backpage.com's adult escort section down, but they have all been held unconstitutional. 51 State's Attorneys General have sent Backpage letters to shut down, Congress has tried, huge nonprofits and cahnge.org petitions signed by thousands of people, but to no avail. Google or other search engines will not cooperate because if they do, it erodes their immunity under the Communications Decency Act as well.

Sheriff Dart can't stand for the minors to be used in this way. So he hired me to specifically focus on this issue, think outside the box, and come up with a way to disrupt Backpage.com. Above is my proposal after much research and he has approved it and is excited about it. I am hoping it goes forward! Not to be dramatic but is still highly confidential. We are only going after Visa and masterCard because they are the only two credit cards on Backpage.com's Adult Escort site to be used as payment.

Stephanie Zugschwert
jszugs@gmail.com

CCSO 016111

1

To: Sheriff Tom Dart, Director Cara Smith, Joseph Ryan, Director of Policy
From: Stephanie Zugschwert
Re: Backpage and Financial Institutions
Date: May 7, 2015

## Backpage.com: Approach Major Financial Institutions

### A. Summary

The basic concept of this initiative would be for the Sheriff to approach Visa, MasterCard, American Express, and Discover to request these companies to block all customer transactions that use their brand-name credit cards to pay for the placement of sex-selling ads on Backpage and like Web sites, nationally and internationally.

We are seeking to use the "National Day of Johns," ending in early August, as a platform to launch this initiative. This initiative is highly dependent on our ability to show these financial institutions clear evidence that supports the arguments that ads placed with Backpage in the Adult Escort sections are: (1) actually being used as a front for adult and minor prostitution; 2) Backpage is frequented by johns seeking minors and by child sex traffickers; 3) that these companies have the legal ability, moral/reputational responsibility to do this and 4) they have already done this before in similar cases and should therefore do it in this case as well.

The National Day of Johns provides an ideal launching pad to exert national pressure on the financial institutions by garnering the backing of dozens of law enforcement agencies and the attention from media across the country. We need to show these financial institutions that Backpage is not only being used this way here in Cook County, but all over the nation. The ultimate goal would be to present our initiative to our National Day of Johns partners and to have them sign on in support. We would use the new 2015 National Day of Johns data to supplement our already prepared information packet for the media push.

We could prepare a letter outlining our initiative and send it to our partners prior to the start of the National Day of Johns asking them to eventually sign on and also to provide us with a bit of additional data. We would need to do this by late June. We can add questions to the questionnaire that our partners send back to us after the National Day of Johns that includes which website that they used to place decoy ads and what method of payment used to pay for the ad, specifying credit card type. We could also ask them to have decoy ads placed that will give us a measure of the demand for minors.

The goal would be to ultimately present this information in a streamlined media digestible form, with our National Day of Johns partners signing on and to release it with the National Day of Johns media effort.

BP: Financial Institutions
Stephanie Zugschwert
May 7, 2015

We have a strong and legitimate argument to support an initiative. Recent trends in the financial industry as described below indicate not only willingness, but also self-serving concern of financial institutions over their own potential liability for allowing suspected illegal transactions to continue to take place. Some big name banks and other financial institutions have already taken actions in the area of human trafficking and closed down accounts of customers in "risky" industries like adult entertainment and escorts. Banks are highly concerned about their business reputations and that of their investors. They could lose millions if they are found or accused of making such enormous financial gain from what can be arguably "tainted" money.

Following is a description of the current context in which financial institutions are operating with regard to human trafficking issues and the other research in which this initiative could be supported.

## B. Legal/ Moral and Reputational Responsibility

### 1. Financial Institutions Have a Duty to File Suspicious Activity Reports

U.S. and European financial institutions already have a regulatory duty to report suspected illegal activity through the filing of "Suspicious Activity Reports (SARs)". The SARS forms that institutions currently use to report suspicious activities do list fraud, money laundering and terrorist activity. They do not contain a separate box for suspected human trafficking (HT), although 18 U.S.C. 1956 provides that the laundering of monetary instruments includes in its definition of "specified unlawful activities" in section (vii) "that trafficking in persons, selling or buying children, sexual exploitation of children or transporting or recruiting or harboring a person including a child, for commercial sex acts". (suspected HT is, in practice, included in the "other" box and explained in the narrative portion of the SAR form). Because the posting of prostitution ads on BP, those purchasing the girls from BP, is illegal and falls within the SAR filing category, banks that knowingly allow these transactions, are susceptible to money laundering prosecutions, reputational damage and/or hefty fines..

Updating these forms to include HT has been suggested, in particular by Joann Alicea, beginning in 2011 to the present. The forms have not yet changed. Ms. Alicia is a Certified Financial Crimes Investigator and an Anti-Money Laundering (AML)/human trafficking investigator. She actively travels and speaks on the topic of HT and the role of financial institutions. She currently works at JPMorgan Chase Bank, a leader in the financial industry's fight against HT. She specifically advocates investigating individual credit card and other financial transactions for multiple spending on ads placed in Craigslist/Backpage (BP), followed by hotel spending, or purchase of Greyhound bus transactions, for example. After an account has been flagged ten times for internet ad purchases, she closes the account down.

BP: Financial Institutions
Stephanie Zugschwert
May 7, 2015

3

## 2. Purchasing a BP Ad Violates Visa and MasterCard User Rules

Both Visa and MasterCard have rules that regulate their customer's use of their credit cards and bank accounts, as well as rules to their issuing banks. As we know (but would need to prove to Visa and MasterCard) purchasing an ad in BP under the Adult Escort or other related sections is very often prostitution and minor prostitution-related and these acts would clearly violate Visa and MasterCard's rules.

### MasterCard's rules:

Notwithstanding anything to the contrary set forth in a License, the Corporation, at its sole discretion, may terminate a Customer's Participation effective immediately and without prior notice, if:

9. The Customer (i) directly or indirectly engages in or facilitates any action or activity that is illegal, or that, in the good faith opinion of the Corporation, and whether or not addressed elsewhere in the Standards, has damaged or threatens to damage the goodwill or reputation of the Corporation or of any of its Marks; or (ii) makes or continues an association with a person or entity which association, in the good faith opinion of the Corporation, has damaged or threatens to damage the goodwill or reputation of the Corporation or of any of its Marks;

### Visa's rules:

1.3.3.1 Protecting the Visa Brand Reputation
No activities or materials may infringe, dilute, denigrate, or impair the goodwill and/or reputation of the Visa brand or Visa-Owned Marks.

### And in its Visa Acquirer Risk Program Standards Guide (to issuing bank):

Stipulate a clause in the Merchant Agreement that provides for the immediate
Termination of a merchant by the member for any significant circumstances
that creates harm or loss to the goodwill of the Visa system.
Members should invoke this clause when a merchant's practices and exception
item activity are such that they create a substantial risk of loss and/or harm to the
payment system, including illegal activity.

BP: Financial Institutions
Stephanie Zugschwert
May 7, 2015

4

### C. Financial Institutions Have Blocked Accounts in Similar Situations

**1. Manhattan DA – Cyrus Vance and CEO of Thomson-Reuters Foundation**

In April of 2013, at a round-table meeting in NYC, Manhattan DA Cyrus Vance asserted that banks and credit card companies should play a crucial role in shutting down human trafficking. This discussion occurred when Manhattan DA Cyrus Vance and the CEO of Thomson Reuters Foundation launched a new initiative; joined by JPMorgan Chase, Citigroup Inc., Bank of America Corp., Wells Fargo & Co., Toronto Dominion Bank, Barclays, Western Union, and American Express to fight HT. At this roundtable meeting, JPMorgan, a leader in this initiative, shared its model for monitoring transactions for HT and partnering with law enforcement.

In July of 2013, these banks, various NGO's and the Polaris Project met again, from which in January of 2014, they issued an "international white paper" offering guidance to financial institutions and law enforcement in identifying financial transactions that may be linked to HT. The paper offers investigative guidance and transaction traits that may indicate a higher risk for HT. This "white paper" has been widely distributed in the financial industry and internationally.

**2. The Department of Justice's "Operation Choke Point"**

Happening at the same time, beginning in late 2013, and really under the public's and media's radar, the Department of Justice (DOJ) created a plan to crack down on banks that allowed online scammers to access the payment system. The DOJ believed that banks were allowing payment processors to continue to maintain accounts, despite the presence of glaring red flags indicative of fraud. This plan has been called "Operation Choke Point (OCP)". Although originally interested primarily in online consumer lenders, it has been expanded to target more than 30 "high risk industries" such as firearms sales, online gambling, tobacco sales and escort services. The DOJ informed the banks that certain industries are more likely than others to be involved in unauthorized charges and consumer credit. They also informed the banks that they would be watching closely.

The DOJ issued an abundance of subpoenas to big and small banks to investigate suspect transactions. Eventually some banks settled with the DOJ, paying hefty fines. This has had a great effect on banks around the country. Around April of 2014, news articles started reporting that banks such as Chase Bank, JPMorgan even PayPal and online fundraiser platforms have started closing accounts of various adult entertainers, online sex toy sales, pornography activities, etc. The institutions cited "reputational risk" or "high risk" as various reasons for closing the accounts. Both Visa and MasterCard have blocked all donations to the WikiLeaks site, and have previously blocked all online gambling transactions. They have also cancelled merchant agreements for medical and recreational marijuana purchases and American Express

BP: Financial Institutions
Stephanie Zugschwert
May 7, 2015

5

and Discover do not allow it's cardholders to buy marijuana for either purpose. American Express does not allow its cardholders to purchase online pornography and this extends to its gift cards and prepaid cards.

OCP has become very controversial in Congress, although still not highly reported by the news media. After an uproar from Congress, the FDIC, under the direction of the DOJ, issued an official letter changing the OCP policy, stating instead that each transaction must be reviewed on a case-by-case basis instead of "red flagging" entire industries. Congress has demanded the FDIC to punish OCP operators. Also insisting that all government agencies "publically disclaim" their involvement in OCP. This appears to be all posturing on behalf of Congress.

Banks, however, are still weary of high risk industries. As recently as March 16, 2015, the U.S. Justice Department's criminal head said banks may need to go beyond filing SARs when they encounter a risky customer. She said" the vast majority of financial institutions file SARs when they suspect that an account is connected to nefarious activity. . . . But, in appropriate cases, we encourage those institutions to consider whether to take more action: specifically, to alert law enforcement authorities about the problem." Just recently, a bank in Florida closed a Gun/Pawn Shop account. Also, even though Online Gambling is now legal in some states, banks still regularly deny credit card payments for Online gambling transactions, even in legal states.

Recently, the Consumer Financial Protection Bureau (CFPB) filed a massive lawsuit against a dozen debt collectors, payment processors and related entities, alleging the failure to stop fraudulent collection tactics. Critics of OCP are arguing that CFPB has now picked up where OCP left off. In addition, recently a bank in NY was held civilly liable to victims of terrorism for the bank's handling of Hamas accounts. This is a very recent development in banking liability law, and a development that banks will be watching closely.

### F. Future of Suspect Online Payments

The Adult Entertainment industry has caught on to the trend that financial institutions are cancelling their accounts and are moving to digital currencies like Bitcoin. In a recent article, even Playboy evaluated the use of various digital currencies "… it makes sense that crypto currencies appeal to the people whose business is sex: they are independent of any central authority and can be transferred through a computer or smartphone without an intermediary financial institution…. In an industry… discriminatory to anyone with the word "sex" on their website, crypto currency seems like a much needed ray of hope". Goldman Sachs and Chinese Co. just invested $50 million in a Bit-Coin focused company, so I do think this is something that law enforcement will have to address in the future.

BP: Financial Institutions
Stephanie Zugschwert
May 7, 2015



# OFFICE OF THE SHERIFF
RICHARD J. DALEY CENTER
COOK COUNTY
CHICAGO, ILLINOIS 60602

THOMAS J. DART
SHERIFF

June 17, 2015

Mr. Charles W. Scharf
Chief Executive Officer
Visa Incorporated
P.O. Box 8999
San Francisco, CA 94128-8999

Members of the Board of Directors, Visa Incorporated,

Dear Mr. Scharf and Members of the Board of Directors,

As the Sheriff of Cook County, a father and a caring citizen, I write to request that your institution immediately cease and desist from allowing its credit cards to be used to place ads on websites like Backpage.com, which promotes prostitution and facilitates online sex trafficking.

After years of unchecked growth in the online sex trade, it has become increasingly indefensible that your corporation continues to willfully play a central role in an industry that reaps its cash from the victimization of women and girls across the world.

Sex trafficking is among the most pervasive and persistent of social evils. It is one that law enforcement strives daily to mitigate to reduce the number of victims. Yet, the unfettered proliferation of websites like Backpage.com has provided this violent industry with a mask of normalcy, driving demand ever higher and increasing the enslavement of prostitutes, including children.

In just one month this spring, Backpage.com posted 1,461,227 ads in its "Adult Escort" section in the United States. I challenge you to find an ad in that section that is not selling sex. Most of them even include prices, hotel locations, nude photos and, increasingly, videos. Still, this deluge of ads is just a comparative drop in the bucket as Backpage.com now operates in over 80 countries.

In the Chicago area – where I'm charged with eradicating such trafficking – more than 20,000 prostitution ads are placed every month on Backpage.com, according to an outside

1

analysis. That puts Chicago among the leaders in the number of prostitution ads across the country.[i] My officers could spend every day answering ads and setting up stings and they would not be able to put a dent in such traffic.

Key to this growth is the sense of normalcy your institutions provide by allowing traffickers to pay for their ads with your credit cards, just as if they were placing an ad for a used car or buying a book on Amazon. That flood of ads makes the practice of buying sex appear increasingly normal and harmless to Johns across the country. As the demand then rises, the supply – women and girls – is increased through coercion and violence.

For years law enforcement agencies and advocacy organizations have screamed and howled about Backpage.com and similar sites to no avail.[ii] But Congress is too hamstrung to act and the Courts continue to follow antiquated laws to the point of nonsensical outcomes.[iii]

But such absurdity is no excuse for your institution to ignore its own rules, its own precedent and its own sense of decency. To the contrary, your institution has the moral, social and legal right to step up on this pervasive problem and make a fundamental and everlasting difference.

Your own credit card user and merchant "Terms of Use" clearly give you the right to cancel or block transactions over activities that can impair your brand's reputation.

Financial institutions have the legal duty to file "Suspicious Activity Reports" to authorities in cases of human trafficking and sexual exploitation of minors.[iv] In fact, the Justice Department's criminal head recently said banks may need to go beyond filing suspicious activity reports when they encounter a risky customer, "we encourage those institutions to consider whether to take more action: specifically, to alert law enforcement authorities about the problem."[v]

Meanwhile, the financial industry has already decided to block specific transactions and close certain accounts in other cases, for both legal and illegal industries. Chase Bank, JPMorgan, and PayPal have closed accounts of various adult entertainers, online sex toy sales, and pornography activities. The institutions cited "reputational risk" or "high risk" as various reasons for closing the accounts.[vi]

Both Visa and MasterCard have blocked their cards from being used in certain online gambling transactions. Credit cards can't be used in many cases for medical and recreational marijuana purchases.[vii] Recently, American Express decided to stop allowing its cards to be used to buy ads in the adult section of Backpage.com.

If the industry has decided not to allow credit cards to be used to gamble, buy pot or watch pornography, then why allow them to be used to facilitate prostitution, even in cases of child sex trafficking? Make no mistake: Your cards have and will continue to be used to buy ads that sell children for sex on sites like Backpage.com.

2

CCSO 016118

If you think I'm being hyperbolic, I ask you to please go to Backpage.com and click on the ads for 'adult escort' or 'dom & fetish' or 'adult jobs.' There you will easily be able to check out hourly rates and nude photos of women and girls across your area, even for a 'young, young, young, pretty girl,' as was recently posted in Chicago.

Now, click on the blue 'Post Ad' button at the top of the Web site. After you click through a bevy of laughable rules, you will see familiar credit card icons: the ubiquitous yellow and red globes of MasterCard and the blue and gold bars of Visa.

For every one of the millions of ads on Backpage.com alone, your institution is making money. But at what cost to your image, our society and to those thousands of victims?

The use of your credit cards in this violent industry implies an undeserved credibility and sense of normalcy to such illicit transactions and only serves to increase demand. You now have a chance to reverse the trend and reduce sex trafficking.

Within the next week, please provide me with contact information for an individual within your organizations that I can work with on this issue.

Sincerely,


Thomas J. Dart
Cook County Sheriff

CCSO 016119

Cc: CEO's of top five investors in Visa:

Frederick William McNabb III
Vanguard Group, Inc.

Abigail Pierrepont Johnson
Fidelity Management and Research Co.

James Kennedy
T. Rowe Price Associations, Inc.

Joseph L. Hooley
State Street Corp.

Laurence D. Fink
BlackRock Fund Advisors

4

CCSO 016120

---

[i] An analysis of Backpage.com of ad placement provided from Hunt Alternatives.

[ii] *Kirk Leads Letter to DOJ Requesting Immediate Investigation of Backpage.com* ( Jan. 28, 2015), http://www.kirk.senate.gov/?p=press_release&id=1315; Letter from the National Association of Attorneys General regarding Backpage.com's ongoing failure to effectively limit prosecution and sexual trafficking activity on its website, signed by 51 Attorneys General (August 31, 2011); Letter from the United States Senate, signed by 19 Senators, asking Backpage to shut its Adult Escort section down (March 23, 2012); Letter to Village Voice Media asking for Backpage to shut down its Adult Escort section, signed by a coalition of 53 organizations and individuals, including **Polaris** (Dec. 2, 2011); Mass. Amicus Brief, *supra* n. 2; *Amicus Curiae* Brief of the National Center for Missing and Exploited Children, J.S., S.L., and L.C. v. Backpage.com, Supreme Court of the State of Washington (filed Sept. 4, 2014) [hereinafter WA NCMEC Amicus Brief]; *Amicus Curiae* Brief from the City and County of San Francisco, City of Atlanta, City and County of Denver, City of Houston, City of Philadelphia and City of Portland, J.S., S.L., and L.C. v. Backpage.com, Supreme Court of the State of Washington (filed 02/19/2015).

[iii] See Jane Doe No. 1, Jane Doe No. 2 and Jane Doe No. 3 v. Backpage.com, United States District Court, District of Massachusetts, Order and Memorandum of the Court Dismissing Backpage's Motion to Dismiss based on immunity under the Communication Decency Act, 47 U.S.C. §230, wherein the Court stated that "Congress has made the determination that the balance between suppression of trafficking and freedom of expression should be struck in favor of the latter in so far as the Internet is concerned. Putting aside the moral judgment that one might pass on Backpage's business practices, this court has no choice but to adhere to the law that Congress has seen fit to enact.", page 33 of Court's Memorandum and Order (filed 5/15/2015).

[iv] 12 U.S.C. 1818, 1819; 31 U.S.C. 5318 and 18 U.S.C. 1956

[v] *Prosecutor: Banks Need to do More Than File SAR's*, Risk and Compliance section of the Wall Street Journal, (3/16/2015)

[vi] *JPMChase, PayPal Close Adult Entertainer Account, Denied Payment for "Morality"* IssueHawk.com (April 25 2014); *5 naughty things your credit card won't buy*, www.bankrate.com; *Cash is King*, http:///www.forbes.com/2008/03/18/spitzer-money-laundering-biz-cz_ny_0318money.html (3/08/2008); *Online Gambling Booms, But Credit Card Acceptance Lags* http://www.foxbusiness.com/personal-finance/2014/01/17/as-online-gambling-booms-credit-card-acceptance-lags (01/24/2014); *Green Dot Prepaid Visa Card Members Being Blocked* http://successonline13.empowernetwork.com/blog/green-dot-visa-card-members-being-blocked (Aug. 8, 2013); *Major Bank Won't Do Business With a Florida Gun and Pawn Shop. Is Choke Point to Blame?* http://dailysignal.com/2015/04/16/major-bank-wont-do-business-with-a-florida-gun-and-pawn-shop (April 16, 2015).

[vii] *Id.*

5



## OFFICE OF THE SHERIFF
RICHARD J. DALEY CENTER
COOK COUNTY
CHICAGO, ILLINOIS 60602

THOMAS J. DART
SHERIFF

June 17, 2015

Mr. Ajaypal Banga
President and Chief Executive Officer
MasterCard Incorporated
2000 Purchase Street
Purchase, NY 10577

Members of the Board of Directors, MasterCard Incorporated

Dear Mr. Banga and Members of the Board of Directors,

As the Sheriff of Cook County, a father and a caring citizen, I write to request that your institution immediately cease and desist from allowing its credit cards to be used to place ads on websites like Backpage.com, which promotes prostitution and facilitates online sex trafficking.

After years of unchecked growth in the online sex trade, it has become increasingly indefensible that your corporation continues to willfully play a central role in an industry that reaps its cash from the victimization of women and girls across the world.

Sex trafficking is among the most pervasive and persistent of social evils. It is one that law enforcement strives daily to mitigate to reduce the number of victims. Yet, the unfettered proliferation of websites like Backpage.com has provided this violent industry with a mask of normalcy, driving demand ever higher and increasing the enslavement of prostitutes, including children.

In just one month this spring, Backpage.com posted 1,461,227 ads in its "Adult Escort" section in the United States. I challenge you to find an ad in that section that is not selling sex. Most of them even include prices, hotel locations, nude photos and, increasingly, videos. Still, this deluge of ads is just a comparative drop in the bucket as Backpage.com now operates in over 80 countries.

In the Chicago area – where I'm charged with eradicating such trafficking – more than 20,000 prostitution ads are placed every month on Backpage.com, according to an outside analysis. That puts Chicago among the leaders in the number of prostitution ads across the

country.[i] My officers could spend every day answering ads and setting up stings and they would not be able to put a dent in such traffic.

Key to this growth is the sense of normalcy your institutions provide by allowing traffickers to pay for their ads with your credit cards, just as if they were placing an ad for a used car or buying a book on Amazon. That flood of ads makes the practice of buying sex appear increasingly normal and harmless to Johns across the country. As the demand then rises, the supply – women and girls – is increased through coercion and violence.

For years law enforcement agencies and advocacy organizations have screamed and howled about Backpage.com and similar sites to no avail.[ii] But Congress is too hamstrung to act and the Courts continue to follow antiquated laws to the point of nonsensical outcomes.[iii]

But such absurdity is no excuse for your institution to ignore its own rules, its own precedent and its own sense of decency. To the contrary, your institution has the moral, social and legal right to step up on this pervasive problem and make a fundamental and everlasting difference.

Your own credit card user and merchant "Terms of Use" clearly give you the right to cancel or block transactions if the customer "indirectly engages in or facilitates any action or activity that is illegal."

Financial institutions have the legal duty to file "Suspicious Activity Reports" to authorities in cases of human trafficking and sexual exploitation of minors.[iv] In fact, the Justice Department's criminal head recently said banks may need to go beyond filing suspicious activity reports when they encounter a risky customer, "we encourage those institutions to consider whether to take more action: specifically, to alert law enforcement authorities about the problem."[v]

Meanwhile, the financial industry has already decided to block specific transactions and close certain accounts in other cases, for both legal and illegal industries. Chase Bank, JPMorgan, and PayPal have closed accounts of various adult entertainers, online sex toy sales, and pornography activities. The institutions cited "reputational risk" or "high risk" as various reasons for closing the accounts.[vi]

Both Visa and MasterCard have blocked their cards from being used in certain online gambling transactions. Credit cards can't be used in many cases for medical and recreational marijuana purchases.[vii] Recently, American Express decided to stop allowing its cards to be used to buy ads in the adult section of Backpage.com.

If the industry has decided not to allow credit cards to be used to gamble, buy pot or watch pornography, then why allow them to be used to facilitate prostitution, even in cases of child sex trafficking? Make no mistake: Your cards have and will continue to be used to buy ads that sell children for sex on sites like Backpage.com.

If you think I'm being hyperbolic, I ask you to please go to Backpage.com and click on the

ads for 'adult escort' or 'dom & fetish' or 'adult jobs.' There you will easily be able to check out hourly rates and nude photos of women and girls across your area, even for a 'young, young, young, pretty girl,' as was recently posted in Chicago.

Now, click on the blue 'Post Ad' button at the top of the Web site. After you click through a bevy of laughable rules, you will see familiar credit card icons: the ubiquitous yellow and red globes of MasterCard and the blue and gold bars of Visa.

For every one of the millions of ads on Backpage.com alone, your institution is making money. But at what cost to your image, our society and to those thousands of victims?

The use of your credit cards in this violent industry implies an undeserved credibility and sense of normalcy to such illicit transactions and only serves to increase demand. You now have a chance to reverse the trend and reduce sex trafficking.

Within the next week, please provide me with contact information for an individual within your organizations that I can work with on this issue.

Sincerely,


Thomas J. Dart
Cook County Sheriff

Cc: CEO's of top five investors in MasterCard:

Reeta Roy
MasterCard Foundation

Frederick William McNabb III
Vanguard Group, Inc.

Abigail Pierrepont Johnson
Fidelity Management and Research Co.

Joseph L. Hooley
State Street Corp.

James Kennedy
T. Rowe Price Associations, Inc.

[i] An analysis of Backpage.com of ad placement provided from Hunt Alternatives.

[ii] *Kirk Leads Letter to DOJ Requesting Immediate Investigation of Backpage.com* (Jan. 28, 2015), http://www.kirk.senate.gov/?p=press_release&id=1315; Letter from the National Association of Attorneys General regarding Backpage.com's ongoing failure to effectively limit prosecution and sexual trafficking activity on its website, signed by 51 Attorneys General (August 31, 2011); Letter from the United States Senate, signed by 19 Senators, asking Backpage to shut its Adult Escort section down (March 23, 2012); Letter to Village Voice Media asking for Backpage to shut down its Adult Escort section, signed by a coalition of 53 organizations and individuals, including **Polaris** (Dec. 2, 2011); Mass. Amicus Brief, *supra* n. 2; *Amicus Curiae* Brief of the National Center for Missing and Exploited Children, J.S., S.L., and L.C. v. Backpage.com, Supreme Court of the State of Washington (filed Sept. 4, 2014) [hereinafter WA NCMEC Amicus Brief]; *Amicus Curiae* Brief from the City and County of San Francisco, City of Atlanta, City and County of Denver, City of Houston, City of Philadelphia and City of Portland, J.S., S.L., and L.C. v. Backpage.com, Supreme Court of the State of Washington (filed 02/19/2015).

[iii] See Jane Doe No. 1, Jane Doe No. 2 and Jane Doe No. 3 v. Backpage.com, United States District Court, District of Massachusetts, Order and Memorandum of the Court Dismissing Backpage's Motion to Dismiss based on immunity under the Communication Decency Act, 47 U.S.C. §230, wherein the Court stated that "Congress has made the determination that the balance between suppression of trafficking and freedom of expression should be struck in favor of the latter in so far as the Internet is concerned. Putting aside the moral judgment that one might pass on Backpage's business practices, this court has no choice but to adhere to the law that Congress has seen fit to enact.", page 33 of Court's Memorandum and Order (filed 5/15/2015).

[iv] 12 U.S.C. 1818, 1819; 31 U.S.C. 5318 and 18 U.S.C. 1956

[v] *Prosecutor: Banks Need to do More Than File SAR's*, Risk and Compliance section of the Wall Street Journal, (3/16/2015)

[vi] *JPMChase, PayPal Close Adult Entertainer Account, Denied Payment for "Morality"* IssueHawk.com (April 25 2014); *5 naughty things your credit card won't buy*, www.bankrate.com; *Cash is King*, http://www.forbes.com/2008/03/18/spitzer-money-laundering-biz-cz_nv_0318money.html (3/08/2008); *Online Gambling Booms, But Credit Card Acceptance Lags* http://www.foxbusiness.com/personal-finance/2014/01/17/as-online-gambling-booms-credit-card-acceptance-lags (01/24/2014); *Green Dot Prepaid Visa Card Members Being Blocked* http://successonline13.empowernetwork.com/blog/green-dot-visa-card-members-being-blocked (Aug. 8, 2013); *Major Bank Won't Do Business With a Florida Gun and Pawn Shop. Is Choke Point to Blame?* http://dailysignal.com/2015/04/16/major-bank-wont-do-business-with-a-florida-gun-and-pawn-shop (April 16, 2015).

[vii] *Id.*

# Fact Sheet

**Cook County Sheriff Tom Dart is requesting that Visa and MasterCard immediately cease and desist allowing its credit cards to be used to place ads on websites like Backpage.com, which promotes prostitution and facilitates online sex trafficking.**

## Backpage .com Facts:

- The City of Chicago is ranked #2 in highest demand for online Commercial Sex topped only by Las Vegas. There is an average of 21,000 "Adult Escort" ads placed on Backpage each month in Chicago.

- In just one month this spring, Backpage.com posted 1,461,227 ads in its "Adult Escort" section in the United States alone. Backpage.com now operates in over 80 countries.

- Sheriff's Police have arrested more than 815 people through Backpage.com since 2009.

- In Sheriff Dart's ninth "National Day of Johns", 408 johns were arrested in participating jurisdictions across the country after answering what they thought were online ads for prostitution on Backpage.

- Since January 1, 2015, Sheriff Dart's Police have made 82 arrests off of Backpage ads.

- The average age for girls entering prostitution is 12-14 years old. Some reports suggest that anywhere from 70-90% of commercially exploited youth have a history of sexual abuse.

- The National Center for Missing and Exploited Youth (NCMEC) has reported a 1,432% increase in reports of suspected child trafficking. NCMEC attributes this enormous increase as directly correlated to the increased use of the Internet to sell children for sex.

## Case Studies:

  o In one case an individual was arrested by a local task force for forcing three teenage girls into prostitution, in separate instances. They were all driven from Iowa to Chicago where he placed their photos and ads on Backpage.com. He then forced the women to engage in prostitution and took all the money and marijuana the girls received as payment. He gave them nothing but meals and a hotel room in return.

After two of the girls said they were afraid and did not want to prostitute, he assaulted them and threatened to leave them in Chicago without a ride or money.

- The Sheriff's Police arrested a 26 year old man for trafficking following a social media tip made by a local law student while looking at Backpage.com as part of a research project on prostitution. After seeing an ad that appeared to feature a girl in her mid-teens, the law student reported the ad to Sheriff Dart's Twitter account. After an undercover operation the teen was rescued and the trafficker was arrested. The teen had previously run away from her home in Central IL.

## Backpage is No Partner of Law Enforcement:

- The National Center for Missing and Exploited Children (NCMEC) is an expert in the use of online classified ads to facilitate child sex trafficking. In an *Amicus Brief* filed by NCMEC in a Washington state civil suit by three minors against Backpage, NCMEC stated the following:

    - "Backpage voluntarily reports only selective information to NCMEC about ads suspected of child sex trafficking... These reports account for what NCMEC believes to be only a small fraction of the children trafficked online at backpage.com"

    - "Backpage knows that it actively encourages a lucrative marketplace for child sex trafficking, and yet has rejected most proposals to meaningfully reduce the selling and buying of children. ... *A majority of the child sex trafficking cases being reported to NCMEC now involve ads posted on backpage.com.*"

    - "In an April 14, 2010 blog to users, Backpage even provided guidance on how to remain anonymous when posting an ad: "If you want to remain completely anonymous, get an AMEX or Visa gift card, which are sold at most grocery stores and online. They work just like credit and debit cards, only they are prepaid, and no personal data is attached to them.""

## Credit Card Companies Role in the Industry:

- MasterCard reported first-quarter 2015 net income of $1.0 billion. Visa reported first quarter 2015 net income of $1.6 billion.

- Visa and MasterCard do not issue their credit cards directly to a card holder. Visa and MasterCard are the "name brands" and license their brands to various financial institutions. Visa and MasterCard have the final authority to discontinue business with anyone that violates their terms of use. Under Visa and MasterCard, there are issuing banks and acquiring banks. The issuing banks issue the actual credit card to the cardholder. The

- acquiring banks have relationships with the merchants that take the Visa and MasterCard for payment. Both Visa and MasterCard also operate their own payment processing networks that send the data to all the involved parties instantly.

- To pay for an ad in the Adult Escort category on Backpage, you currently can pay directly using your own personal Visa or MasterCard credit card, or with a prepaid or gift Visa or MasterCard. Backpage also allows users to pay with Bitcoin, which allows its users to remain anonymous. You can also buy "credit" for your account with a Visa or MasterCard or Bitcoin.

- Various other "Adult" websites have limited market share in the industry. www.cityvibe.com has approximately 12,000 unique ads per month and takes Visa, MasterCard, American Express and Discover for payment for an ad. www.usasexguide.com has approximately 80,000 unique visitors per month and has just began adult escort ads on www.usaadultclassifieds.com. There are no payment options at this point (06/17/2015). See also www.eroticreview.com with approximately 306,000 unique visitors per month. You can pay for a Sponsor Ad or a VIP membership through payment processing companies that offer Visa, MasterCard, and Discover, among other payment options; and www.cracker.com or www.backpage.cracker.com both which operate out of Australia and are identical to Backpage.com and offer Visa, MasterCard and Bitcoin.

- Visa, MasterCard, American Express and Discover assign merchant category codes to each of its merchants and monitor and block charges that they chose to block. For example, MasterCard has an assigned a code number for online gaming operators, which covers lottery tickets, casino chips and racetrack wagers. It even has a new code that is used for cash advances for legal gambling.

- In 2013, Green Dot prepaid Visa credit card blocked some cardholders from using their cards on Backpage.com, stating that the cardholder had violated its "terms and conditions". MasterCard offers a Green Dot prepaid credit card also.

- Discover and American Express do not allow cardholders to buy medical or recreational marijuana. Visa and MasterCard have cancelled merchant agreements with medical marijuana providers across the country.

- American Express does not allow its cardholders to purchase online pornography, even though it is federally legal, a policy they have had in place since 2000. This ban extends to American Express gift and prepaid cards.

- American Express and Discover ban the practice of buying casino chips with their cards. In addition, they prohibit cardholders from buying lottery tickets with their credit cards. Visa and MasterCard have been reported to decline online gambling purchases.

4

CCSO 016129