IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BACKPAGE.COM, LLC, <br><br> Plaintiff, <br><br> v. <br><br> THOMAS J. DART, Sheriff of Cook County, Illinois <br><br> Defendant. | No. 1:15-cv-06340 <br><br> Judge John J. Tharp, Jr. <br><br> Magistrate Judge Young B. Kim |

## JOINT CASE MANAGEMENT PLAN

Plaintiff Backpage.com, LLC ("Backpage.com"), and Defendant Thomas J. Dart, Sheriff of Cook County, Illinois ("Defendant"), by their attorneys, pursuant to this Court's Order dated November 5, 2015, hereby submit the following Joint Case Management Plan:

1. Initial Disclosures. The parties will serve their initial disclosures required by Rule 26(a)(1) by December 10, 2015.

2. Discovery Plan. The parties propose the following discovery plan:

    (a) The deadline to complete all fact discovery will be June 15, 2016.

    (b) The deadline for Backpage.com to serve reports of expert witnesses in accordance with Fed. R. Civ. P. 26(a)(2) will be July 17, 2016.

    (c) The deadline for Sheriff Dart to serve reports of expert witnesses in accordance with Fed. R. Civ. P. 26(a)(2) will be August 14, 2016.

    (d) The deadline for Backpage.com to serve reports of rebuttal expert witnesses will be September 11, 2016.

    (e) The deadline to complete expert discovery will be October 7, 2016.

3. Other Items:

    (a) Joinder of parties. The deadline to amend the pleadings to join parties will be January 30, 2016.

-2-

      (b)      Addition of claims. The deadline to amend the pleadings to add any new claims or defenses will be January 30, 2016.

      (c)      The deadline to file dispositive motions will be November 4, 2016.

      (d)      Trial. The parties suggest a trial date in January 2017.

Respectfully submitted November 19, 2015.

| | |
|---|---|
| *s/ James C. Grant* | *s/ Jill V. Ferrara* |
| James C. Grant (admitted *pro hac vice*) | ANITA ALVAREZ |
| Ambika K. Doran (admitted *pro hac vice*) | STATE'S ATTORNEY OF COOK COUNTY |
| DAVIS WRIGHT TREMAINE LLP | Kent Ray |
| 1201 Third Avenue, Suite 2200 | Sisavanah B. Baker |
| Seattle, WA 98101 | Jill V. Ferrara |
| Telephone: (206) 622-3150 | Assistant State's Attorneys |
| | 50 W. Washingotn Street, Suite 500 |
| Robert Corn-Revere (admitted *pro hac vice*) | Chicago, IL 60602 |
| Ronald G. London (admitted *pro hac vice*) | Telephone: (312) 603-5440 |
| Lisa B. Zycherman (admitted *pro hac vice*) | |
| DAVIS WRIGHT TREMAINE LLP | Hariklia Karis |
| 1919 Pennsylvania Ave., N.W., Suite 800 | Barack S. Echols |
| Washington, D.C. 20006 | KIRKLAND & ELLIS LLP |
| Telephone: (202) 973-4200 | 300 North LaSalle |
| | Chicago, IL 60654 |
| Christopher F. Allen | Telephone: (312) 862-2000 |
| PAUL HASTINGS LLP | |
| 71 S. Wacker Drive | *Attorneys for Defendant Thomas J. Dart, Sheriff of Cook County* |
| Chicago, IL 60606 | |
| Telephone: (312) 499-6000 | |
| | |
| *Attorneys for Plaintiff Backpage.com, LLC* | |

-2-

DWT 28382375v3 3710078-000076

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

By: */s/ James C. Grant*
James C. Grant

DWT 28382375v3 3710078-000076