# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Backpage.com, LLC

                        Plaintiff,

v.                                                Case No.: 1:15–cv–06340
                                                      Honorable John J. Tharp Jr.

Thomas J. Dart

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 23, 2015:

      MINUTE entry before the Honorable John J. Tharp, Jr:The parties' joint Case Management Plan [101] is hereby entered. A status hearing is set for March 22, 2016 at 9:00 a.m. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.