**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| BACKPAGE.COM, LLC, | ) |
| Plaintiff, | ) ) ) |
| | ) No. 15 C 06340 |
| v. | ) ) Judge John J. Tharp, Jr. |
| SHERIFF THOMAS J. DART, | ) ) |
| Defendant. | ) |

**PRELIMINARY INJUNCTION**

This matter comes before the Court on the motion of Plaintiff Backpage.com, LLC ("Backpage.com") for a preliminary injunction. Having received the mandate from the United States Court of Appeals for the Seventh Circuit, and having been so directed, the Court hereby **GRANTS** Plaintiff's motion and **ORDERS** as follows:

1. Sheriff Dart, his office, and all employees, agents, or others who are acting or have acted for or on behalf of him, shall take no actions, formal or informal, to coerce or threaten credit card companies, processors, financial institutions, or other third parties with sanctions intended to ban credit card or other financial services from being provided to Backpage.com.

2. Sheriff Dart shall immediately upon receipt of this order transmit a copy electronically to Visa and MasterCard and all other recipients of his June 29, 2015, letter (including therefore the directors of and investors in Visa and MasterCard), as well as to the Chief Inspector of the United States Postal Service.

3. Backpage.com shall not be required to post a security bond.

**IT IS SO ORDERED.**

_____
John J. Tharp, Jr.
United States District Judge

Entered: December 23, 2015