# EXHIBIT A

REDACTIONS BY THE PERMANENT SUBCOMMITTEE ON INVESTIGATIONS

**From:** Andrew Padilla
**To:**
**Cc:**
**Subject:** Fwd: another term bites the dust
**Date:** Friday, February 18, 2011 5:43:32 PM
**Attachments:** good.jpg
bad.jpg
bad (1).jpg
bad (2).jpg
bad (3).jpg

Hi ███,

The last part about doing searches doesn't apply to your crew. Thanks.

Andrew Padilla



>>> On 2/18/2011 at 3:16 PM, Andrew Padilla wrote:

All:

We've been filtering out the terms "TER" and "The Erotic Review" along with links to theeroticreview.com since January of this year but our internet safety experts have suggested we take a more aggressive approach.

Effective immediately, any variation of, or reference to, TER is banned. If you find it in an ad, remove the phrase and update the ad but do not lock the ad from editing for this violation alone. If the review ID number is attached to the reference (TER #8675309), remove the ID number along with the TER reference.

If you find a string of numbers without a direct reference to TER, it's allowed.
Examples:

"#123456"

"Well Reviewed #666666"

"Google my reviews #12011201"

An easy way to weed out a good chunk of these references is to do a search for "TER" on the city page. You'll get some false positives but it should point you in the right direction. Non-adult spammers will sometimes use hidden keywords like "block bus ter video" and the search will see the tail-end of "bus ter". To avoid this, you can start your search after you've navigated to the Adult section of the city.

I'm attaching 4 example screenshots of what is not allowed (circled in red) and 1 example screenshot of what is okay (circled in green).

If you have any questions, please ask me or Joye. Thanks.

Andrew Padilla



REDACTIONS BY THE PERMANENT SUBCOMMITTEE ON INVESTIGATIONS

**From:** Carl Ferrer
**To:**
**Cc:** Andrew Backpage;
**Subject:** Re: This moderation staff member is costing us time and money
**Date:** Friday, March 02, 2012 11:52:45 AM

▇,

That was the same client as I referenced yesterday. UGH.
AT19 cost us $1k in freebies to pacify the client.

-carl

On Mar 2, 2012, at 10:49 AM, ▇ wrote:

> Hi Andrew
>
> We will pull him off and retrain him.
>
> Best
> ▇
>
> On Mar 2, 2012, at 8:48 AM, Andrew Backpage ▇ wrote:
>
>> Hi ▇,
>>
>> Can you take AT19 off of moderation and have them retrained?
>>
>> I'd rather see zero edits from a moderator than any edits that were unnecessary. Thanks.
>> Andrew
>>
>> ---------- Forwarded message ----------
>> From: ▇
>> Date: Fri, Mar 2, 2012 at 9:27 AM
>> Subject: This moderation staff member is costing us time and money
>> To: Andrew Backpage ▇, Carl Ferrer
>> Cc: ▇
>>
>> The ad below was edited unnecessarily yesterday.
>>
>> http://admin.www.backpage.com/online/classifieds/VerifyAd?oid=122131370&id=735bf36954cbdba50cc(3d426646c0cf-132156139)-central

App. 000110

REDACTIONS BY THE PERMANENT SUBCOMMITTEE ON INVESTIGATIONS

| | |
|---|---|
| From: | |
| To: | |
| Cc: | |
| Subject: | Clarification on Underage ads VERY VERY IMPORTANT |
| Date: | Tuesday, June 26, 2012 1:11:39 AM |
| Attachments: | Suspicious underage doc.xls |

Hello All

Please note very carefully:

The definition of underage is anyone under the age of 18. But for the purposes of making reports, we err on the side of caution and try to report anyone that looks under the age of 21.

IF IN DOUBT ABOUT UNDERAGE : The process for now should be to accept the ad and note the link. However, if you ever find anything that you feel IS UNDERAGE AND is more than just suspicious, you can delete the ad, note the link and notify IN ONLINE DOC.

**PLEASE CREATE AN ONLINE DOC FOR ALL SUSPICIOUS UNDERAGE AD LINKS SHOULD BE PLACED.**

**ONLY DELETE IF YOU REALLY VERY SURE PERSON IS UNDERAGE. (IN ONLINE DOC NOTE THE AD LINK)**

Please confirm back your understanding **AND THAT YOU HAVE SPOKEN TO EVERY TM INDIVIDUALLY AND EXPLAINED THIS POINT.**

I have attached example of the online doc. Please create it ASAP.



App. 000122