**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1**
**Eastern Division**

Backpage.com, LLC
Plaintiff,
v.
Thomas J. Dart
Defendant.

Case No.: 1:15−cv−06340
Honorable John J. Tharp Jr.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 30, 2016:

MINUTE entry before the Honorable John J. Tharp, Jr:Defendant Dart's Motion For Leave to File Under Seal [176] is denied for reasons stated on the record. Defendant Dart's Motion to Dismiss [179] is taken under advisement. Plaintiff's response is due by 9/20/16; Defendant's reply is due by 10/4/16. The court will rule via CM/ECF notice and set further dates as appropriate. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.