IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BACKPAGE.COM, LLC, <br><br> Plaintiff, <br><br> v. <br><br> THOMAS J. DART, Sheriff of Cook County, Illinois <br><br> Defendant. | No. 1:15-cv-06340 <br><br> Judge John J. Tharp, Jr. <br><br> Magistrate Judge Young B. Kim |

**DECLARATION OF JAMES C. GRANT IN SUPPORT OF
OPPOSITION TO SUGGESTION OF MOOTNESS**

I, James C. Grant, declare and state as follows:

1. I am an attorney with the firm of Davis Wright Tremaine LLP, counsel for Plaintiff Backpage.com, LLC ("Backpage.com") in this action. I provide this declaration in connection with Backpage.com's Opposition to Suggestion of Mootness, which is being filed concurrently. This declaration is based on my personal knowledge and documents produced in this action. I am competent to testify to the matters stated here.

2. Following the status hearing in this case on February 7, 2017 (*see* Dkt. 194), during which the Court raised *sua sponte* the issue of whether the case is moot, counsel for the parties conferred on February 13, 2017, by telephone call. During the teleconference, my co-counsel and I suggested terms for resolution of this case. Defense counsel requested that the proposal be set out in writing.

3. Attached as **Exhibit 1** is a true and correct copy of a letter I wrote to Sheriff Dart's counsel, Paul Kozacky, dated February 13, 2017, suggesting a resolution to reflect and

1

confirm positions stated on Sheriff Dart's behalf during the status hearing that, because the Backpage.com's adult sections were removed, the Sheriff has no interest taking action to terminate or hamper financial services for the website.

4.  As of the filing of this Declaration, Sheriff Dart's counsel has not responded to the suggestions we made in the February 13, 2017 conference call or my letter of that date.

5.  Attached as **Exhibit 2** is a transcription of the oral argument on the preliminary injunction appeal before the Seventh Circuit, on November 13, 2015, which was prepared under my direction based on the audio file posted at http://media.ca7.uscourts.gov/sound/2015/jo.15-3047.15-3047_11_13_2015.mp3.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signed at Seattle, Washington this 21st day of February, 2017.

s/ *James C. Grant*
James C. Grant

## CERTIFICATE OF SERVICE

    I, James C. Grant, Attorney for Plaintiff Backpage.com, LLC, certify that on February 21, 2017 a copy of the foregoing was electronically filed with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record.

                                        s/ *James C. Grant*
                                        James C. Grant