# EXHIBIT A



Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045

**James C. Grant**
(206) 757-8096 tel
(206) 757-7096 fax

jimgrant@dwt.com

February 13, 2017

**VIA EMAIL**

Paul Kozacky
Alastar McGrath
Jerome Weitzel
Kozacky Weitzel McGrath, P.C.
55 West Monroe Street
Suite 2400
Chicago, IL 60603

Re: *Backpage.com, LLC v. Thomas J. Dart*

Gentlemen:

    In our call this afternoon, you asked that we send a writing outlining the points that we proposed for a settlement to resolve this matter. In general, we suggested a settlement to reflect and confirm the positions you stated in the recent hearing before Judge Tharp—namely, that because the adult sections on Backpage.com have been removed, Sheriff Dart has no interest in taking any actions to terminate or hamper financial services for the website.

    To confirm this and provide Backpage.com an effective means of enforcement, we propose the settlement would have three components: (1) a stipulated injunction to be entered by the Court mirroring the present injunction entered by the Seventh Circuit; (2) a letter to be sent by Sheriff Dart to Visa, MasterCard and other recipients of his June 29, 2015 letter indicating that, in light of Backpage's elimination of its adult categories, the Sheriff has no objection to credit card, payment processing or other financial services being provided to Backpage.com; and (3) payment of Backpage.com's attorneys' fees and costs, or at least an agreement that Backpage.com may recover fees and costs in an amount to be set by the Court.

    In our call, you did not offer any proposals on behalf of Sheriff Dart, but said you would discuss our suggestions with your client. Please understand that if we do work toward settlement along these lines, there would be other terms and particulars we would need to address. We look forward to your prompt response.

4826-8274-8995v.2 3710078-000076

Anchorage　New York　Seattle
Bellevue　Portland　Shanghai
Los Angeles　San Francisco　Washington, D.C.

www.dwt.com

February 13, 2017
Page 2


Very truly yours,

Davis Wright Tremaine LLP

James C. Grant


cc: Chip Peters
 Robert Corn-Revere

4826-8274-8995v.2 3710078-000076