**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| BACKPAGE.COM, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS J. DART, Sheriff of Cook County, Illinois<br><br>Defendant. | No. 1:15-cv-06340<br><br>Judge John J. Tharp, Jr.<br><br>Magistrate Judge Young B. Kim |

**BACKPAGE.COM'S RESPONSE TO MOTION FOR LEAVE TO ISSUE SUBPOENAS**

Plaintiff Backpage.com, LLC ("Backpage.com") respectfully submits this response following the September 20, 2017 presentment on Defendant's Motion for Leave to Issue Subpoenas (Doc. #201) ("Def. Mot."). It is Backpage.com's position that this Court has previously considered and rejected the issues raised in Defendant's motion multiple times before in various guises, and that no substantive opposition is necessary. Backpage.com submits this pleading to assist the Court in its review of these prior rulings and submissions. If, after review, the Court believes any substantive opposition is required, the Plaintiff requests seven days from the date of the Court's order to file an opposition.

The following entries in the docket are relevant to issues raised in Defendant's motion:

- Notification of Docket Entry (Doc. #192), December 5, 2016 (denying Defendant's Motion for Leave to File Surresponse (Doc. #189) and instructing parties "[s]hould the Court believe that further briefing on any issue is relevant to the disposition of any pending motion is needed, it will ask for it.").

- Backpage.com's Opposition to Defendant's Motion for Leave to File Sur-Response Opposing Backpage's Motion to Renew Summary Judgment Proceedings (Doc. #191), filed Nov. 23, 2016 (responding to renewed "illegality defense" including Defendant's interpretation of Judge Posner's opinion (pp. 2-4)

and references to prosecution of Backpage, its CEO and former owners in California (pp. 3-4 & n.2).[1]

- Backpage.com's Reply to Response to Motion to Renew Request for Summary Judgment (Doc. #185) (responding to Sheriff Dart's illegality defense and interpretation of Judge Posner's opinion).

- Notification of Docket Entry (Doc. #172), August 9, 2016 (Denying Defendant's Motion for Leave to File Affirmative Defenses (Doc. #155) and Defendant's Second Motion to Compel (Doc. #130)).

- Transcript of Proceedings (Doc. #174), August 9, 2016 (denying leave to raise affirmative defense based on "illegality" and discovery based thereon (pp. 5-11); noting "the sheriff's theory[] completely ignores the law of prior restraint as the Seventh Circuit has interpreted it in this case specifically (p. 7); and concluding "in the context of a case where the claim is that the sheriff has imposed an informal prior restraint on speech, the illegality defense isn't a viable defense" (p. 9)).

- Backpage.com's Motion to Renew Request for Summary Judgment (#169) (explaining how further discovery is unnecessary to resolve the legal issues in this case).

- Transcript of Proceedings (Doc. #141), March 30, 2016 (Plaintiff's response to proposed "illegality defense" (pp. 7-9); court's discussion of why discovery seeking to establish "illegality" is not viable under controlling law (pp. 12-18)).

---

[1] In his current Motion, Sheriff Dart submits as exhibits a criminal complaint and an affidavit of a special agent of the California Department of Justice submitted in *People v. Ferrer, Lacey and Larkin*, No. 16 FE 019224 (Sup. Ct. of Sacramento Cty., CA) (filed Sept. 26, 2016). Def Mot. 3 & n.3, Ex. C & D. However, Backpage filed the California Court's Tentative Ruling on Request for Judicial Notice and Demurrer as an attachment to its November 23, 2016 filing (Doc. #191-1). Additionally, Sheriff Dart failed to inform this Court that the California superior court adhered to its tentative order and dismissed the criminal complaint outright on December 9, 2016, *People v. Ferrer*, 2016 WL 7237305 (Sup. Ct. Sacramento Cty. Dec. 9, 2016) (Court's Final Ruling on Demurrer), or that on August 23, 2017, another judge of that court dismissed all charges relating to alleged prostitution in a second criminal complaint filed by the State. *People v. Ferrer*, No. 16FE024013, slip op. 11-17 (Sup. Ct. Sacramento Cty. Aug. 23, 2017).

Respectfully submitted,

By: *__/s/ Robert Corn-Revere__*

James C. Grant (admitted *pro hac vice*)
Ambika K. Doran (admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101
Telephone: (206) 622-3150

Robert Corn-Revere (admitted *pro hac vice*)
Ronald G. London (admitted *pro hac vice*)
Lisa B. Zycherman (admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Ave., N.W., Suite 800
Washington, D.C. 20006
Telephone: (202) 973-4200

Charles H.R. Peters
SCHIFF HARDIN LLP
233 South Wacker Drive, Suite 6600
Chicago, IL 60606
Telephone: (312) 258-5500

*Attorneys for Plaintiff Backpage.com, LLC*

# CERTIFICATE OF SERVICE

The undersigned certifies that on the 20th day of September, 2017, he electronically filed the foregoing Plaintiff Backpage.com, LLC's Response to Motion for Leave to Issue Subpoenas with the Clerk of the Court using the CM/ECF which will send notification of such filing to the following counsel of record:

To:

**Jill V. Ferrara**
Cook County State's Attorney's Office
Assistant State's Attorney
50 W. Washington St., Room 500
Chicago, IL 60602

**Sisavanh Baccam Baker**
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, IL 60602

**Alastar Sean McGrath**
**Jerome Raymond Weitzel**
**Paul J. Kozacky**
**Brian P. O'Connor**
**Jessica Fricke Garro**
Kozacky Weitzel McGrath, P.C.
55 W. Monroe, #2400
Chicago, IL 60603

**Barack S. Echols**
**Hariklia Carrie Karis**
**Zachary D Holmstead**
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654

**Tom E Henze**
**Janey Henze Cook**
Henze Cook Murphy, PLLC
4645 North 32nd Street
Suite 150
Phoenix, AZ 85018

This pleading was served upon the attorneys as listed above, pursuant to the Northern District of Illinois General Order on Electronic Case Filing.

[x] Pursuant to 28 USC Section 1746(2), I certify under penalty of perjury that the foregoing is true and correct. Executed on: September 20, 2017.

/s/ *Robert Corn-Revere*
Robert Corn-Revere