# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| BACKPAGE.COM, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 15-cv-06340 |
| | ) | |
| v. | ) | Judge John J. Tharp, Jr. |
| | ) | |
| THOMAS J. DART, Sheriff of Cook County, Illinois, | ) ) ) | Magistrate Judge Young B. Kim |
| Defendant. | ) | |

## NOTICE OF MOTION

Please take notice that on January 18, 2018 at 9:00 a.m., I will appear before the Honorable John J. Tharp, Jr., or any judge sitting in his stead, in the courtroom occupied by him, Room 1419, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois and present this Motion for Leave to Submit Exhibits for *In Camera* Review, a copy of which is served upon you.

Respectfully submitted,

PAUL J. KOZACKY

By: /s/ Paul J. Kozacky

Paul J. Kozacky
Alastar S. McGrath
Jerome R. Weitzel
KOZACKY WEITZEL MCGRATH, P.C.
55 W. Monroe St., Ste. 2400
Chicago, Illinois 60603
(312) 696-0900

## **CERTIFICATE OF SERVICE**

        The undersigned attorney, on oath, certifies that on January 12, 2018, he served the foregoing Notice of Motion and Motion for Leave to Submit Exhibits for *In Camera* Review via the ECF system to all parties that have consented to same in accordance with applicable Federal Rules of Civil Procedure and Local Rules of the U.S. District Court for the Northern District of Illinois.

                                                                          /s/ Paul J. Kozacky

Paul J. Kozacky
Alastar S. McGrath
Jerome R. Weitzel
KOZACKY WEITZEL MCGRATH, P.C.
55 W. Monroe St., Ste. 2400
Chicago, Illinois 60603
(312) 696-0900