IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BACKPAGE.COM, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 15-cv-06340 |
| | ) | |
| v. | ) | Judge John J. Tharp, Jr. |
| | ) | |
| THOMAS J. DART, Sheriff of Cook County, Illinois, | ) ) | Magistrate Judge Young B. Kim |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

Please take notice that on April 10, 2018 at 9:00 a.m., I will appear before the Honorable John J. Tharp, Jr., or any judge sitting in his stead, in the courtroom occupied by him, Room 1419, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois and present this SHERIFF'S MOTION FOR STATUS HEARING, a copy of which is served upon you.

              Respectfully submitted,

              ALASTAR S. MCGRATH

            By: /s/ Alastar S. McGrath

Paul J. Kozacky
Alastar S. McGrath
Jerome R. Weitzel
KOZACKY WEITZEL MCGRATH, P.C.
55 W. Monroe St., Ste. 2400
Chicago, Illinois 60603
(312) 696-0900

## **CERTIFICATE OF SERVICE**

        The undersigned attorney, on oath, certifies that on April 5, 2018, he served the foregoing NOTICE OF MOTION and SHERIFF'S MOTION FOR STATUS HEARING via the ECF system to all parties that have consented to same in accordance with applicable Federal Rules of Civil Procedure and Local Rules of the U.S. District Court for the Northern District of Illinois.

                                                            /s/ Paul J. Kozacky

Paul J. Kozacky
Alastar S. McGrath
Jerome R. Weitzel
KOZACKY WEITZEL MCGRATH, P.C.
55 W. Monroe St., Ste. 2400
Chicago, Illinois 60603
(312) 696-0900