**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1**
**Eastern Division**

Backpage.com, LLC

                    Plaintiff,

v.                                                          Case No.: 1:15–cv–06340
                                                            Honorable John J. Tharp Jr.

Thomas J. Dart

                    Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 10, 2018:

    MINUTE entry before the Honorable John J. Tharp, Jr:Motion hearing held. Defendants' motion for status hearing [217] is granted. Status hearing continued to 4/26/18 at 10:00 a.m. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.