**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION**

| | |
|---|---|
| BACKPAGE.COM, LLC,<br><br>          Plaintiff,<br><br>    v.<br><br>THOMAS J. DART, Sheriff of Cook County, Illinois<br><br>          Defendant. | No. 1:15-cv-06340<br><br>Judge John J. Tharp, Jr.<br><br>Magistrate Judge Young B. Kim |

**MOTION TO WITHDRAW**

        Schiff Hardin LLP ("Schiff") and Davis Wright Tremaine, LLP ("DWT"), by and on behalf of the individual attorneys referenced below, pursuant to Rule 83.17 of the Local Rules of this Court, seek leave to withdraw their appearances on behalf of Backpage.com, LLC ("Backpage"). In further support of this motion:

        1.      The following attorneys associated with DWT have entered appearances on behalf of Backpage: James C. Grant, Robert Corn-Revere, Ambika K. Doran and Ronald G. London. Charles H.R. Peters and Sebastian Angel, attorneys associated with Schiff, have also entered appearances as local counsel for Backpage.

        2.      Rule 1.16(a) of the Illinois Rules of Professional Conduct provides in relevant part:

> Except as stated in paragraph (c) [addressing notice, leave and required continued representation], a lawyer shall not represent a client or, where representation has commenced shall withdraw from the representation of a client if: (1) the representation will result in violation of the Rules of Professional Conduct or other law . . . .

Rule 1.16(b) of the Illinois Rules of Professional Conduct provides that a lawyer may withdraw from representing a client in a variety of additional situations.

3. As a result of recent events involving Backpage, the above mentioned attorneys have determined that valid grounds exist under Rule 1.16 for them to withdraw from representing Backpage in this matter, which they are prepared to explain more fully *in camera* to the extent the Court deems it necessary.

4. Schiff and DWT have both notified Backpage in writing, through independent counsel for its chief executive officer, Carl Ferrer, of their intent to withdraw from this representation. To date, they have not received any response to that notice. Pursuant to Local Rule 83.17, Schiff and DWT will also electronically file a form Notification of Party Contact Information as an attachment to this motion.

WHEREFORE, DWT and Schiff, by and on behalf of the above mentioned attorneys, respectfully request that this Court enter an order granting this motion in its entirety including granting those lawyers leave to withdraw as counsel for Backpage.

By: /s/ Charles H.R. Peters

Charles H.R. Peters
SCHIFF HARDIN, LLP
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
Telephone: (312) 258-5500

James C. Grant (admitted *pro hac vice*)
Ambika K. Doran (admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101
Telephone: (206) 622-3150

Robert Corn-Revere (admitted *pro hac vice*)
Ronald G. London (admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Ave., N.W., Suite 800
Washington, D.C. 20006
Telephone: (202) 973-4200

## **CERTIFICATE OF SERVICE**

I certify that on April 24, 2018 I caused to be served a copy of the foregoing Motion via the Court's ECF system on all counsel of record registered through that system to receive electronic filings in this case.

Charles H.R. Peters<br>
/s/ Charles H.R. Peters