# EXHIBIT D

James C. Grant (admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101
Telephone: (206) 622-3150
Facsimile: (206) 757-7700
Email: jamesgrant@dwt.com
*Counsel for Defendants Carl Ferrer, Michael Lacey and James Larkin*

Cristina C. Arguedas (SBN 87787)
Ted W. Cassman (SBN 98932)
ARGUEDAS CASSMAN & HEADLEY LLP
803 Hearst Ave
Berkeley, CA 94710
Telephone: (510) 845-3000
Facsimile: (510) 845-3003
Email: arguedas@achlaw.com
        cassman@achlaw.com
*Counsel for Defendants Michael Lacey and James Larkin*

Tom Henze (admitted *pro hac vice*)
Janey Henze Cook (SBN 244088)
HENZE COOK MURPHY PLLC
4645 N. 32nd St., Suite 150
Phoenix, AZ 85018
Telephone: (602) 956-1730
Facsimile: (602) 956-1220
Email: tom@henzecookmurphy.com
        janey@henzecookmurphy.com
*Counsel for Defendant Carl Ferrer*

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF SACRAMENTO

| | |
|---|---|
| **PEOPLE OF THE STATE OF CALIFORNIA**, <br><br> Plaintiff, <br><br> v. <br><br> **CARL FERRER, MICHAEL LACEY,** and **JAMES LARKIN,** <br><br> Defendants. | Case No. 16FE019224, Dept. No. 61 <br><br> **NOTICE OF DEMURRER AND DEMURRER OF DEFENDANTS; SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES** <br> [California Penal Code § 1004] <br><br> Opposition Due: November 4, 2016 <br> Reply Due: November 10, 2016 <br> Hearing Date: November 16, 2016 <br> Time: 1:30 p.m. <br><br> Complaint Filed: September 26, 2016 <br> Trial Date: N/A |

DEMURRER TO CRIMINAL COMPLAINT, Case No. 16FE019224

*Additional Counsel*:

Don Bennett Moon (*pro hac vice* application to be filed)
500 Downer Trail
Prescott, AZ  86305
Telephone: (928) 778-7934
Email: don.moon@azbar.org

*Counsel for Defendants Michael Lacey and James Larkin*

Robert Corn-Revere (*pro hac vice* application to be filed)
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue, NW, Suite 800
Washington, D.C.  20006
Telephone: (202) 973-4200
Facsimile: (202) 973-4499
Email: bobcornrevere@dwt.com

Rochelle L. Wilcox (SBN 197790)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: rochellewilcox@dwt.com

*Counsel for Defendants Carl Ferrer, Michael Lacey and James Larkin*

DEMURRER TO CRIMINAL COMPLAINT, Case No. 16FE019224