UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.1
Eastern Division

Backpage.com, LLC
                    Plaintiff,

v.                                     Case No.: 1:15−cv−06340
                                                Honorable John J. Tharp Jr.

Thomas J. Dart
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 26, 2018:

      MINUTE entry before the Honorable John J. Tharp, Jr: Status and motion hearing held. Motion to withdraw by Schiff Hardin and Davis Wright Tremaine on behalf of Backpage [220] is granted. The Clerk is directed to terminate the appearances of James C. Grant, Robert Corn−Revere, Ambika K. Doran, Ronald G. London, Charles H.R. Peters, and Sebastian Angel on behalf of Backpage.com, LLC. Sheriff Dart's oral motion for leave to file excess pages as it applies to the motion for sanctions [226] is granted. Backpage and its former counsel are granted leave to file responses of equal length. Briefing on defendant Dart's motions to dismiss [222], to dissolve preliminary injunction [223], and for sanctions [226] will proceed as follows: Responses due 5/17/18; Replies due 5/31/18. For the reasons stated on the record, the remaining pending motions are denied without prejudice, namely: Backpage's motion to renew request for summary judgment [169]; Sheriff Darts motions to dismiss [179] and [197]; Sheriff Dart's motion for leave to issue subpoenas [201]; and Backpage's motion for sanctions against the Sheriff [205]. No appearance is required on 5/1/18. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.