# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS,
# EASTERN DIVISION

| | |
|---|---|
| BACKPAGE.COM, LLC, | No. 1:15-cv-06340 |
| Plaintiff, | |
| v. | Judge John J. Tharp, Jr. |
| THOMAS J. DART, Sheriff of Cook County, Illinois | Magistrate Judge Young B. Kim |
| Defendant. | |

## SCHIFF'S RESPONSE TO DART'S SANCTIONS MOTION

As reflected in the May 2, 2018 letter from Sheriff Dart's counsel, Paul Kozacky, a copy of which is attached as Exhibit A, Sheriff's Motion For Sanctions Against Backpage and its Attorneys (the "Sanctions Motion") is not directed to Schiff Hardin LLP or its attorneys. As such, an order should be entered promptly denying the motion in that regard.

While Schiff appears to be out of Dart's current cross-hairs, professional responsibility nonetheless compels it to highlight the risk Dart's motion presents. The First Amendment is not self-enforcing. It depends on lawyers to give it meaning. If lawyers are intimidated from pursuing First Amendment claims on behalf of their clients, the rights of those clients are significantly diminished, the ability to challenge unconstitutional intrusions is hampered and free speech is chilled. Yet that is precisely what Dart's Sanctions Motion is intended to do. By seeking sanctions against lawyers for pursuing a claim that the Seventh Circuit has already held has credence, Dart is sending a clear message that lawyers risk financial peril simply for attempting to vindicate their client's rights. Giving that message credibility would set a very dangerous precedent.

WHEREFORE, the Sanctions Motion should be denied in its entirety, but certainly as it applies to Schiff Hardin LLP and any of its lawyers.

By: /s/ Charles H.R. Peters

Charles H.R. Peters
SCHIFF HARDIN, LLP
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
Telephone: (312) 258-5500

CH2\20882179.1\12:38

## CERTIFICATE OF SERVICE

I certify that on May 17, 2018 I caused to be served a copy of Schiff's Response to Dart's Sanctions Motion via the Court's ECF system on all counsel of record registered through that system to receive electronic filings in this case.

Charles H.R. Peters
/s/ Charles H.R. Peters

# EXHIBIT A



55 WEST MONROE STREET · SUITE 2400
CHICAGO, ILLINOIS 60603
T: (312) 696-0900 · F: (312) 696-0905

PAUL J. KOZACKY
DIRECT NUMBER: (312) 696-0901

PKOZACKY@KWMLAWYERS.COM
WWW.KWMLAWYERS.COM

May 2, 2018

*advanced via email—cpeters@schiffhardin.com*

Charles H.R. Peters, Esq.
Schiff Hardin LLP
233 South Wacker Drive, Suite 6600
Chicago, Illinois 60606

    Re:   *Backpage.com v. Sheriff of Cook County, Illinois*
            No. 15-cv-6340 (N.D. Illinois)

Dear Chip:

    Further to my comment to you following court last week, the pending motion for sanctions (ECF No. 226) is not directed to you or your firm. It is directed to Backpage.com, the firm Davis Wright Tremaine, LLP, and several of its attorneys for their conduct as detailed in the motions for sanctions.

    The Sheriff reserves his right to expand the scope of his sanctions motion if further investigation deems that appropriate.

                                                 Very truly yours,

                                                 Paul

                                                 Paul J. Kozacky

