# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| BACKPAGE.COM, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 15-cv-06340 |
| | ) | |
| v. | ) | Judge John J. Tharp, Jr. |
| | ) | |
| THOMAS J. DART, Sheriff of Cook County, Illinois, | ) ) | Magistrate Judge Young B. Kim |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

Please take notice that on May 8, 2019 at 9:00 a.m., I will appear before the Honorable John J. Tharp, Jr., or any judge sitting in his stead, in the courtroom occupied by him, Room 1419, of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois and present SHERIFF DART'S MOTION FOR PARTIAL RECONSIDERATION, a copy of which is served upon you.

Respectfully submitted,

THOMAS J. DART,
SHERIFF OF COOK COUNTY, ILLINOIS

By:     /s/ Alastar S. McGrath
One of his attorneys

Paul J. Kozacky
Alastar S. McGrath
Jerome R. Weitzel
KOZACKY WEITZEL MCGRATH, P.C.
55 W. Monroe St., Ste. 2400
Chicago, Illinois 60603
(312) 696-0900

**CERTIFICATE OF SERVICE**

    The undersigned attorney, on oath, certifies that on April 22, 2016, he served the foregoing NOTICE OF MOTION and SHERIFF DART'S MOTION FOR PARTIAL RECONSIDERATION, via the ECF system to all parties that have consented to the same in accordance with applicable Federal Rules of Civil Procedure and Local Rules of the U.S. District Court for the Northern District of Illinois.

                  /s/ Alastar S. McGrath

Paul J. Kozacky
Alastar S. McGrath
Jerome R. Weitzel
KOZACKY WEITZEL MCGRATH, P.C.
55 W. Monroe St., Ste. 2400
Chicago, Illinois 60603
(312) 696-0900