# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Backpage.com, LLC

                            Plaintiff,

v.                                                   Case No.: 1:15−cv−06340

                                                              Honorable John J. Tharp Jr.

Thomas J. Dart

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 23, 2019:

      MINUTE entry before the Honorable John J. Tharp, Jr:Sheriff Dart's motion for partial reconsideration [254] is taken under advisement. No appearance on the motion is required. Any response by Plaintiff or Plaintiff's former counsel is due on or before May 28, 2019. No reply brief unless requested by the Court. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.