UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Backpage.com, LLC

                Plaintiff,

v.                                          Case No.: 1:15−cv−06340
                                            Honorable John J. Tharp Jr.

Thomas J. Dart

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 10, 2019:

      MINUTE entry before the Honorable John J. Tharp, Jr: Non−Party Respondent Davis Wright Tremaine LLP's motion for leave to file supplemental authority to its response in opposition to defendant's motion for partial reconsideration [270] is granted. No appearance on the motion is required. Davis Wright Tremaine LLP is directed to file supplement as a separate docket entry. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.