**IN THE UNITED STATES DISTRICT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BACKPAGE.COM, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 15 C 6340 |
| v. | ) | |
| | ) | Honorable Judge John J. Tharp, Jr. |
| SHERIFF THOMAS J. DART, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT SHERIFF DART'S MOTION TO PARTIALLY UNSEAL THE**
**TRANSCRIPT OF THE PROCEEDINGS ON APRIL 26, 2018**

Sheriff Thomas J. Dart, by and through his undersigned attorneys, Kozacky Weitzel McGrath P.C., moves this Court to release part of the sealed transcript from the proceedings on April 26, 2018 (Dkt. No. 239). In support thereof, Defendant Sheriff Dart states as follows:

1. On December 15, 2017, Plaintiff Backpage.com filed a motion for sanctions against Sheriff Dart related to the Sheriff's Office's assertion that certain documents and communications from former Assistant General Counsel, Stephanie Zugschwert, were protected by the attorney-client privilege. *See* Backpage.com's Motion for Sanctions, Dkt. No. 205.

2. On April 26, 2018, this Court denied Backpage's motion for sanctions "for the reasons stated on the record." *See* April 26, 2018 Minute Entry, Dkt. No. 228.

3. During the April 26, 2018 court hearing, the Court entertained several other motions, including Plaintiff's counsels' motion to withdraw. As part of the proceedings on Plaintiff's counsels' motion, the Court conferred in chambers with Backpage's Counsel, Schiff Hardin and Davis Wright Tremaine, regarding their conflict. On information and belief, those discussions were recorded by the Court's reporter. In order to keep the

substance of those conversations confidential, the court placed the entirety of the April 26, 2018 transcript under seal. *See* May 1, 2018 Docket Entry, Dkt. No. 230.

4.     Counsel for the Sheriff is not seeking access to the portion of the sealed transcript that discusses Plaintiff's counsels' Motion to Withdraw, but only the portion of the transcript dealing with the proceedings that were held in open court and pertaining to Plaintiff's Motion for Sanctions against the Sheriff.

5.     The Sheriff requests access to the arguments and substantive rulings made in open court during the April 26, 2018 hearing as the same is needed to defend the Sheriff in the case of *Zugschwert v. Cook Co. Sheriff's Office et al*., Cook County, No. 2017-L010368 (filed Oct. 12, 2017).

6.     In *Zugschwert,* the Sheriff's former Assistant General Counsel, Stephanie Zugschwert, filed a whistleblower suit against Sheriff Dart in the Circuit Court of Cook County. *Zugschwert v. Cook Co. Sheriff's Office et al*., No. 2017-L010368 (filed Oct. 12, 2017). The case is in discovery. As part of that suit, Ms. Zugschwert's challenges the Sheriff's Office's classification of certain documents and communications that came from Ms. Zugschwert.  In order to defend against certain allegations made in that suit, Sheriff Dart is requesting access to the April 26, 2018 transcript, as related to the Plaintiff's Motion for Sanctions against the Sheriff.

2

WHEREFORE, the Sheriff requests that the Court unseal the portion of the transcript covering the April 26, 2018 hearing that took place in open court.

Respectfully submitted,

THOMAS J. DART,
SHERIFF OF COOK COUNTY, ILLINOIS


By: _____ /s/ Alastar S. McGrath _____
One of his attorneys

Alastar S. McGrath
KOZACKY WEITZEL MCGRATH, P.C.
55 West Monroe Street, 24th Floor
Chicago, Illinois 60603
(312) 696-0900

0985192\305374050.v1

CERTIFICATE OF SERVICE

The undersigned certifies that on November 12, 2020, I electronically filed the forgoing Defendant Sheriff Dart's Motion for Release of Sealed Transcript of Proceedings on April 26, 2018 Joint Motion to Stay, with the Clerk of the U.S. District Court, using the Court's CM/ECF system, which will accomplish service electronically on all counsel of record.

s/ _____Alastar S. McGrath_____

0985192\305374050.v1