IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BACKPAGE.COM, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:15-cv-06340 |
| | ) | |
| v. | ) | Judge John J. Tharp Jr. |
| | ) | |
| THOMAS J. DART, Sheriff of Cook County, Illinois, | ) | Magistrate Judge Young B. Kim |
| | ) | |
| | ) | |
| Defendant. | ) | |

**RESPONSE OF DAVIS WRIGHT TREMAINE LLP TO DEFENDANT SHERIFF DART'S MOTION TO PARTIALLY UNSEAL THE TRANSCRIPT OF THE PROCEEDINGS ON APRIL 26, 2018**

Davis Wright Tremaine LLP ("DWT"), by its counsel, respectfully requests ten (10) days within which to respond to Defendant Sheriff Dart's Motion to Partially Unseal the Transcript of the Proceedings on April 26, 2018 ("Motion"). At this time, DWT does not possess a copy of the transcript, but DWT's counsel is attempting to obtain a copy. During the next ten days, DWT's counsel will do its best to secure and review the transcript, and work with other counsel to determine if agreement can be reached on Sheriff Dart's Motion, or if there are any objections.

Dated: November 13, 2020

Respectfully submitted,

s/ Jeffrey D. Colman
Jeffrey D. Colman
John R. Storino
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654-3456
Tel.: 312-222-9350
Fax: 312-527-0484

**CERTIFICATE OF SERVICE**

I certify that on November 13, 2020, I caused to be served a copy of Non-Party Davis Wright Tremaine LLP's Response of Davis Wright Tremaine LLP to Defendant Sheriff Dart's Motion to Partially Unseal Transcript of the Proceedings on April 26, 2018 via the Court's ECF system on all counsel of record registered through that system to receive electronic filings in this case.

                                            s/ Jeffrey D. Colman
                                            Jeffrey D. Colman
                                            John R. Storino
                                            Jenner & Block LLP
                                            353 N. Clark Street
                                            Chicago, IL 60654-3456
                                            Tel.: 312-222-9350
                                            Fax: 312-527-0484