IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BACKPAGE.COM, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:15-cv-06340 |
| | ) | |
| v. | ) | Judge John J. Tharp Jr. |
| | ) | |
| THOMAS J. DART, Sheriff of Cook County, Illinois, | ) | Magistrate Judge Young B. Kim |
| | ) | |
| Defendant. | ) | |

**SUPPLEMENTAL RESPONSE OF DAVIS WRIGHT TREMAINE LLP TO DEFENDANT SHERIFF DART'S MOTION TO PARTIALLY UNSEAL THE TRANSCRIPT OF THE PROCEEDINGS ON APRIL 26, 2018**

Davis Wright Tremaine LLP ("DWT"), by its counsel, respectfully files this Supplemental Response. This morning, counsel for DWT filed an initial response to Defendant Sheriff Dart's Motion to Partially Unseal the Transcript of the Proceedings on April 26, 2018 ("Motion"), and we requested time to investigate and respond to the Motion. Subsequent to making that filing, DWT's counsel located and reviewed the transcript of the proceedings conducted in open court on April 26, 2018. We also reviewed the Docket Sheet for this case and spoke with the court reporter.

Docket entry No. 239 relates to the sealed transcript of the proceedings conducted in chambers on April 26, 2018. Sheriff Dart does not ask that the transcript of the proceedings conducted in chambers be unsealed, and that transcript should be maintained as a sealed transcript.

Docket entry No. 230 relates to the transcript of the proceedings conducted in open court. We do not believe this Court ever sealed the transcript of the proceedings conducted in open court on April 26, 2018. Sheriff Dart believes otherwise and seeks unsealing of the transcript of the proceedings conducted in open court. This afternoon, one of the attorneys for DWT spoke with court reporter Kelly Fitzgerald who advised that it is her understanding that the transcript of the

proceedings conducted in open court was not filed under seal. Nonetheless, if the Court determines that the transcript of the proceedings held in open court on April 26, 2018 is under seal, DWT does not object to that transcript being unsealed.

Respectfully submitted,

Dated: November 13, 2020

s/ Jeffrey D. Colman
Jeffrey D. Colman
John R. Storino
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654-3456
Tel.: 312-222-9350
Fax: 312-527-0484

**CERTIFICATE OF SERVICE**

I certify that on November 13, 2020, I caused to be served a copy of Non-Party Davis Wright Tremaine LLP's Supplemental Response to Defendant Sheriff Dart's Motion to Partially Unseal the Transcript of the Proceedings on April 26, 2018 via the Court's ECF system on all counsel of record registered through that system to receive electronic filings in this case.

                                                     s/ Jeffrey D. Colman
                                                   Jeffrey D. Colman
                                                   John R. Storino
                                                   Jenner & Block LLP
                                                   353 N. Clark Street
                                                   Chicago, IL 60654-3456
                                                   Tel.: 312-222-9350
                                                   Fax: 312-527-0484